# Exhibit 4

super**beets**

# THE CIRCULATION SUPERFOOD

Beets are often called the circulation superfood because of their nutritional value—including antioxidants, and dietary nitrates—that emerging research suggests supports overall circulatory and cardiovascular health. The research further suggests that beets may be helpful in supporting healthy blood pressure and improved exercise stamina and endurance.

---

FUNCTIONAL BENEFIT OF BEETS:
## May Help Support Healthy Blood Pressure Levels

**STUDY**
A recent study published by the American Heart Association looked at a small group of eight women and seven men to look at the impact of beet juice on blood pressure.

**8** WOMEN   **7** MEN

**METHODOLOGY**
The participants were given either beetroot juice or water tested to ensure very low nitrate levels. All the men and women had their blood pressure monitored for 24 hours.

OR

**RESULTS**
Those drinking water saw no change.

Those drinking beetroot juice were able to reduce their systolic pressure by 10 mm Hg.

The beetroot juice in the study contained only 0.2 grams of dietary nitrate. The same amount can be found in a large bowl of lettuce, or two beetroots.

No Change ✕   VS.   **10 mm Hg drop** in systolic pressure

Source: http://newsroom.heart.org/news/drinking-cup-of-beetroot-juice-daily-may-help-lower-blood-pressure

---

FUNCTIONAL BENEFIT OF BEETS:
## May Help Promote Improved Exercise Stamina and Endurance

**STUDY**
A joint study from the University of Western Australia, the Australian Institute of Sport and the West Australian Institute of Sport found a shot of beetroot juice improved the stamina of top-level Australian kayakers.

The Australian Institute of Sport
The University of Western Australia,
& West Australian Institute of Sport

**METHODOLOGY**
Researchers gave six male kayakers a 70ml shot of beetroot juice and five female kayakers a 140 ml shot, before getting them to do 4 minute tests on a rowing machine.

"We measured them for time-trial performance and paddling economy, and saw that they'd improved their efficiency when they'd taken the beetroot juice as opposed to some kind of placebo," said UWA researcher Dr. Peter Peeling, who worked on the study. "Then we moved that out of the lab and got athletes to do a 500-metre time trial on the water...

**RESULTS**
"...we found the athletes who'd consumed the beetroot performed better there as well, so their performance times improved by 1.7 percent."

Source: http://theswaddly.com.au/life/2016/03/14/beetroot-juice-benefits/

---

## BEETS ARE THE SUPERFOOD WITH A PURPOSE.

Beets are well known to have one of the highest concentrations of naturally occurring dietary nitrates in beets, which research suggests helps to jumpstart the production of nitric oxide in the body. Nitric oxide is an important driver of the numerous functional health benefits associated with beets.

---

## NITRIC OXIDE

THE DIETARY NITRATES FROM BEETS ARE CONVERTED BY THE BODY WHEN INGESTED, WHICH THEN BECOMES THE MOLECULAR POWERHOUSE CALLED **NITRIC OXIDE, OR N-O.**

N-O IS BEING RESEARCHED FOR ITS MANY BENEFITS, AND MAY HELP SUPPORT:

| HEALTHY BLOOD PRESSURE LEVELS | PROMOTE IMPROVED NATURAL ENERGY AND STAMINA | HEALTHY CIRCULATION | INCREASE OF OXYGEN DELIVERY IN THE BODY |

---

## THREE REASONS TO TRY BEETS

**Nitric oxide generation:** Nitrates in beets have been clinically shown to generate N-O in the body.

**Impact on blood pressure levels:** Recent research shared by the American Heart Association showed that drinking 500ml of beetroot juice (approx. 16 oz or 2 cups) help promote normal blood pressure within one hour. After 2-6 hours, blood pressure was substantially reduced. Furthermore, the pressure lowering effect remained for up to 24 hours after consuming the juice.

**Energy & Endurance:** Beets are a sensible energy fuel source. In research conducted by Exeter University, published to the journal Medicine and Science in Sports and Exercise, scientists found cyclists who drank 500ml of beetroot juice several hours before their ride were able to cycle up to 20% longer than those who drank a placebo nitrate-deficient beet juice.

---

**MANY FACTORS IMPACT BEET'S NUTRIENT AVAILABILITY:**

| Soil Richness | Sunlight | Changes in Temp | Geographical Area | Rainfall | Storage & Shipping |

---

**Premium Quality + High Nitrate Standards:** Beets used for SuperBeets are sourced to meet our self-imposed strict requirements for nitrate through a very selective process. We validate nitrate specs from point of harvest to manufacturing. This results in, non-GMO beets with consistent nitrate levels.

---

| **63%** I wanted more energy | **61%** I wanted the blood pressure benefits of beets | **25%** I wanted the exercise workout benefits | **11%** I currently juice/ eat beets and SuperBeets is more convenient | **WHY DO PEOPLE BUY SUPERBEETS?** |

---

For more information, visit us at www.HumanN.com    Follow us @Super_Beets

NEW Vitamin D3 Chews to support **immune**
High-Potency Vitamin D with a mixed berry flav

human<sup>n</sup>

Login   Practitioners   Contact   Find us in store   **COVID-19 FAQs**

Products | Blog | Science | Why HumanN® | Take the Quiz

CART   0 $0.00



**GET 10% OFF** ✕

Excellent Source of VITAMIN C

Click Image to Zoom          Nutrition Facts



Beets Grown in the U.S.A. | Dairy Free | Gluten Free | Non-Gmo | Soy Free



Trusted and sold by GNC Stores nationwide.

# SuperBeets®

2124 Reviews

**540 canisters sold** yesterday

**Flavor:**   Original Apple

~~$39.95~~ **$34.95**

**Subscribe and Save 12%**

$34.95
+FREE SHIPPING

Get 1 canister every 30 days
Cancel anytime

**One-Time Purchase**

$39.95

Buy 1  (save 12%)

SUBSCRIBE

We continue to process and fulfill orders at normal lead times, but
customers they are experiencing slightly extended deliveries d

provide optimum levels of essential Nitric Oxide, and clinically
researched. Just one teaspoon of SuperBeets, the
recommended daily serving, is verified to provide the Nitric
Oxide equivalent of three whole beets and helps:

- Support healthy blood pressure levels
- Promote improved energy and stamina
- May support respiratory health through Nitric Oxide production
- Promote Nitric Oxide production
- Support healthy circulation
- Provides antioxidant support with an excellent source of Vitamin C

More Recent & Notable Studies on Beet Juice

Want to try both flavors? Click Here!

**Key Benefits**

**This is where food meets functionality**

There's a difference between "functional foods" and foods that actually provide a functional benefit to support your health. That's

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
| --- | --- | --- | --- | --- |

Beets (fermented and non-fermented) are emerging as one of nature's most potent superfoods, providing certain essential nutrients, vitamins and minerals. But where this superfood shines is that it's a great source of dietary nitrates, which help your body produce Nitric Oxide. Depending on the naturally occurring level of nitrates in the beets you eat, which can be highly variable, you might have to eat a lot of beets in order for your body to experience the N-O benefits you're looking for, which isn't

**GET 10% OFF**  ✕

SuperBeets help ensure that your body gets essential Nitric Oxide, the circulation powerhouse, derived from dietary nitrates and fermented beetroot powder.

One scoop, or the recommended serving, has the Nitric Oxide equivalent of three whole beets, helping support:

- Nitric Oxide production
- Healthy circulation
- Healthy blood pressure levels
- Increased energy and stamina

**Our products have a team of scientists behind them**

At HumanN, our scientists understand the mechanisms that effectively metabolize nitrate and nitrite in the body to produce Nitric Oxide. We approach Nitric Oxide holistically.

- Our team of scientists spans food science, nutrition, physiology and kinesiology

- Our science leadership team includes one of the world's leading Nitric Oxide researchers and also one of world's top sports nutrition scientists

- Our functional foods and supplements are backed by 15 years of research at the University of Texas

- We've conducted seven clinical trials on our own products

Our team of food scientists and nutritionists work together to not only optimize the N-O activating potential in our products, but also formulate to help ensure the body is utilizing the efficiency of the nutrients found in our functional foods.

[Read more](#) about the science of Nitric Oxide and our team.

## Nutrition & Ingredients

**One scoop or three whole beets?**

We select only the highest quality beets that consistently exhibit high levels of dietary nitrates and other supporting nutrients to help increase Nitric Oxide production in the body. Our beets are carefully selected and we test every new crop of beets at the time of harvest for specific levels of dietary nitrate and other key nutrients. Through our unique process, we preserve the nitrate integrity of the selected beets by converting them into a dried crystal form. So when you drink it, you know you're going to get the functional benefits of beets.

Unlike any other product on the market, SuperBeets® are highly-concentrated beet crystals. With it, you get:

- The Nitric Oxide equivalent of three whole beets with just one convenient and great tasting serving
- The highest quality, non-GMO beets grown in the U.S.A.
- An excellent source of Vitamin C
- A functional food that exists at the intersection of science, health and nutrients sourced from REAL foods

- A world-class team of food scientists, leading experts in dietetics and nutrition and physiology researchers, all focused on activating Nitric Oxide in your body

This means more energy and cardiovascular benefits when you make SuperBeets® part of your daily routine. In fact, many of

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
| --- | --- | --- | --- | --- |

**SuperBeets Original Flavor Ingredients:** Non-GMO Beetroot Powder, Non-GMO Beetroot Powder (fermented), Natural Apple Flavor, Malic Acid, Magnesium Ascorbate, Stevia Leaf Extract.

GET 10% OFF  ✕

**Nutrition Facts**
Serv. Size: 1 tsp (5g)   Serv. Per Container: 30
Amount Per Serving   % Daily Value*

| | | |
| --- | --- | --- |
| Calories 15 | Calories from Fat 0 | |
| Total Fat | 0 g | 0% |
| Sodium | 65 mg | 3% |
| Potassium | 160 mg | 5% |
| Carbohydrates | 4 g | 1% |
| Sugars | 3 g | |
| Protein | 1 g | 2% |
| Magnesium | 10 mg | 2% |
| Vitamin C | 50 mg | 83% |

Not a significant source of saturated fat, trans fat, cholesterol, dietary fiber, Vitamin A, Calcium and iron.

*Percent Daily Values are based on a 2,000 calorie diet.

**SuperBeets Black Cherry Flavor Ingredients:** Non-GMO Beetroot Powder, Non-GMO Beetroot Powder (fermented), Natural Black Cherry Flavor, Malic Acid, Magnesium Ascorbate, Stevia Leaf Extract.

**Nutrition Facts**
Serv. Size: 1 tsp (5g)   Serv. Per Container: 30
Amount Per Serving   % Daily Value*

| | | |
| --- | --- | --- |
| Calories 15 | Calories from Fat 0 | |
| Total Fat | 0 g | 0% |
| Sodium | 65 mg | 3% |
| Potassium | 160 mg | 5% |
| Carbohydrates | 4 g | 1% |
| Sugars | 3 g | |
| Protein | 1 g | 2% |
| Magnesium | 10 mg | 2% |
| Vitamin C | 50 mg | 83% |

Not a significant source of saturated fat, trans fat, cholesterol, dietary fiber, Vitamin A, Calcium and iron.

*Percent Daily Values are based on a 2,000 calorie diet.

## How To Use

### Easy to take, easy to drink.

Mix one scoop with four ounces of water and enjoy it as a quick, refreshing drink. Each canister contains a one-month supply, or thirty servings. Make sure to store the canister in a cool, dry place and use within 45 days of opening.

### The sweet taste may surprise you.

Now you can get all the benefits from beets without having to eat beets or drink beet juice that tastes like beets. You can enjoy SuperBeets in two great tasting flavors: Original Apple and Natural Black Cherry. Both are refreshing and delicious.

### How to use our line of SuperBeets products together.

We designed our line of SuperBeets products to be taken together if you'd like. If you'd like to learn more about the difference between each SuperBeets product and how to use them together, read our latest post here: How to Use Every Type of SuperBeets in a Single Day.

- **SuperBeets** is our original circulation superfood. SuperBeets helps support healthy circulation, heart health, and healthy blood pressure levels with the nitric oxide potential of non-GMO beets grown in the U.S.A.
- **SuperBeets Energy Plus** is infused with 80 mg. of plant-based caffeine from green tea extract to help promote mental focus and a smooth, heart-healthy energy boost when you need it the most.

- **SuperBeets Collagen** features high-quality collagen peptides from grass-fed cows that were enzymatically hydrolyzed into low-molecular weight peptides for optimal use in your body to help support healthy skin.
- **SuperBeets Immune** features clinically studied Wellmune®, a yeast beta glucan shown to support immune

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
|---|---|---|---|---|

GET 10% OFF  ✕

| Beets Product | THE ORIGINAL | ENERGY PLUS | COLLAGEN | IMMUNE | CHEWS |
|---|---|---|---|---|---|
| Primary Benefit(s) | • Supports Healthy Blood Pressure Levels • Supports Healthy Circulation & Blood Flow • Promotes Nitric Oxide Production • Promotes Energy & Stamina • Supports Heart Health | • Promotes Mental Focus • Promotes Improved Energy • Promotes Normal Blood Pressure as Part of a Healthy Lifestyle • Supports Heart Health | • Supports Healthy Skin • Promotes Normal Blood Pressure as Part of a Healthy Lifestyle • Supports Heart Health | • Promotes a Healthy Immune System • Supports Immune Health During Times of Stress • Supports our Natural Defenses • Promotes Normal Blood Pressure as Part of Healthy Lifestyle • Supports Heart Health | • Promotes Normal Blood Pressure as Part of a Healthy Lifestyle • Helps Protect Against Oxidative Stress & Damage • Promotes Heart-Healthy Energy • Supports Heart Health |
| Flavor | Original Apple & Black Cherry | Natural Berry | Cherry Berry | Cranberry Cherry | Pomegranate Berry |
| Non-GMO Beets | ✓ | ✓ | ✓ | ✓ | ✓ |
| French Grape Seed Extract | — | ✓ | — | — | — |
| Caffeine from Green Tea Extract | — | ✓ | — | — | — |
| Collagen Peptides | — | — | ✓ | — | — |
| Wellmune® Beta Glucans | — | — | — | ✓ | — |
| Excellent Source of Vitamin C | ✓ | ✓ | ✓ | ✓ | — |
| Way to Use | Mix with water and enjoy. | Mix with water and enjoy or add to your favorite smoothie for an added energy boost. | Mix with water and enjoy or add to your favorite smoothie for a collagen boost. | Mix with water and enjoy or add as a boost your morning smoothie. | Take two (2) soft chews daily. Unwrap, chew and you're done. |

# Frequently Asked Questions

My urine and other waste looks pinkish after using SuperBeets - is this normal?                                          ⌄

What is the difference between SuperBeets and Neo40?                                                                       ⌄

Is the sodium and potassium present in SuperBeets naturally occurring from the beets or are they added?                   ⌄

Can I use SuperBeets and Neo40 together?                                                                                  ⌄

Why does SuperBeets contain such fine granules?                                                                           ⌄

How often can I use SuperBeets?                                                                                            ⌄

My SuperBeets order arrived hardened. What should I do?                                                                    ⌄

There has been some clumping with my SuperBeets powder. Is this normal?                                                   ⌄

What is the difference between SuperBeets and BeetElite?                                                                   ⌃

SuperBeets is your daily circulation superfood for improved energy and daily support of healthy blood pressure levels. While BeetElite is optimized to use before your workout for an effective boost of Nitric Oxide activating food that helps the body promote extended exercise endurance and improved stamina.

Why is SuperBeets not organic?                                                                                            ⌄

### Show less

## Customer Reviews

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
|---|---|---|---|---|

**4.5**

Based on 2124 reviews

**91%** of reviewers would recommend this product to a friend

**GET 10% OFF** ✕

2124 Reviews

Most Recent ▼

---

**JC**    Jeffrey C. ☐
✔ Verified Buyer

👍 I recommend this product

**My Age**    60+

4 days ago

**Hello! Beets are cool.**

Better sex the natural way!

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful? 👍 0  👎 0

---

**BB**    Bosanadeljazero B. ☐
✔ Verified Buyer

👍 I recommend this product

**My Age**    50 - 59

6 days ago

**Good product for overall health**

I love the product

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful? 👍 0  👎 1

---

**DP**    Diana P. ☐
✔ Verified Buyer

👍 I recommend this product

**My Age**    60+

6 days ago

**blood pressure has remained in normal range**

hubby loves this, his blood pressure is staying within normal range

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful? 👍 0  👎 0

**LJ**

Larry J.   ✓ Verified Buyer

6 days ago

**So far so good**

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
|---|---|---|---|---|

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful?   👍 0   👎 0

---

**ES**

Eileen S.   ✓ Verified Buyer

👍 I recommend this product

**My Age**   60+

6 days ago

**Good flavor goes down easy!**

My initial reason for taking super beets was to help control my pre-diabetes and my blood pressure both have remained in check I am no longer pre-diabetes so needless to say I'm feeling very happy about my results.

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful?   👍 0   👎 0

---

**LG**

Larry G.   ✓ Verified Buyer

👍 I recommend this product

**My Age**   60+

6 days ago

**Game changer**

Newfound Energy

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful?   👍 0   👎 0

---

**KK**

Kathleen K.   ✓ Verified Buyer

👍 I recommend this product

**My Age**   60+

6 days ago

**received from our son and liked it.**

dont like the powder as much as the gummies. Will use the gummies now

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement



| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | **Customer Reviews** |

👍 I recommend this product

**My Age**    40 - 49

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful?  👍 0  👎 0

---

**LH**  Larry H.  ✅ Verified Buyer

👍 I recommend this product

**My Age**    60+

8 days ago

**Tasted Great**

Love the Original Apple Flavor,look forward to this every morning for that boost!

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful?  👍 0  👎 0

---

**MK**  Michael K.  ✅ Verified Buyer

👍 I recommend this product

**My Age**    60+

8 days ago

**Super Beats**

Excellent

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful?  👍 0  👎 0

---

Raymond C.  ✅ Verified Buyer

👍 I recommend this product

**My Age**    30 - 39

15 days ago

**Green apple is way better than the cherry**

It even stays a powder longer in humid environments

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation

Low Improvement | Large Improvement

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
|---|---|---|---|---|

**AL**  ✅ Verified Buyer

👍 I recommend this product

**My Age**  60+

**A lot more energy**

I give Super Beets a five star rating. I am 64 years old and have had pain in my legs when I walk. The super beets has helped my circulation and no more swollen ankles. Super Beets is great!

Energy Boost

Low Improvement | Large Improvement

Taste

Average | Excellent

Circulation

Low Improvement | Large Improvement

Was this helpful? 👍 2 👎 0

---

**EF**  Erwin F. ☐  ✅ Verified Buyer

👍 I recommend this product

**My Age**  60+

16 days ago

**Benefits**

More energy

Energy Boost

Low Improvement | Large Improvement

Taste

Average | Excellent

Circulation

Low Improvement | Large Improvement

Was this helpful? 👍 2 👎 0

---

**RH**  Robert H. ☐  ✅ Verified Buyer

👍 I recommend this product

**My Age**  60+

16 days ago

**Need to Return Item**

Got the wrong product......please send return information......thanks

Energy Boost

Low Improvement | Large Improvement

Taste

Average | Excellent

Circulation

Low Improvement | Large Improvement

Was this helpful? 👍 0 👎 1

---

**RR**  Robin Rogers P. ☐  ✅ Verified Buyer

👍 I recommend this product

18 days ago

**Lives up to its claims**

My bp has been consistently in a healthy range for the past week after taking this consistently daiky for just a couple of weeks

Energy Boost

Taste

**Key Benefits**      **Nutrition & Ingredients**      **How To Use**      **Frequent Questions**      **Customer Reviews**

---

**MG**    Mike G.
✅ Verified Buyer

👍 I recommend this product

**My Age**    60+

18 days ago

**Very Interesting**

Definite improvement in systolic BP, down about 10 points. Seems to helping my endurance and stamina on long runs, like I am breathing easier.

Energy Boost    Low Improvement — Large Improvement

Taste    Average — Excellent

Circulation    Low Improvement — Large Improvement

Was this helpful? 👍 1   👎 0

---

**John B.** ✅ Verified Buyer

👍 I recommend this product

**My Age**    60+

18 days ago

**Super Beets Review**

Provides extra energy throughout the day and my blood pressure has gone down to 110/70. Great stuff.

Energy Boost    Low Improvement — Large Improvement

Taste    Average — Excellent

Circulation    Low Improvement — Large Improvement

Was this helpful? 👍 1   👎 0

---

**ML**    Melissa L.
✅ Verified Buyer

👍 I recommend this product

**My Age**    40 - 49

19 days ago

**Super beets review**

Amazing! Amazing! Amazing! Can't quit talking about Super Beets and how well I feel using this product!!!!

Energy Boost    Low Improvement — Large Improvement

Taste    Average — Excellent

Circulation    Low Improvement — Large Improvement

Was this helpful? 👍 1   👎 0



✅ Verified Buyer

**Loving this!!!**

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful?   👍 1   👎 0

---

CW    Christopher W.    19 days ago
✅ Verified Buyer

**Good service... Timely delivery.**

Good service.... Timely delivery

👍 I recommend this product

**My Age**    50 - 59

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful?   👍 0   👎 0

---

BJ    Bruce J.    20 days ago
✅ Verified Buyer

**A Boost**

I feel a little boost when I take it on a empty stomach first thing in the morning right before exercise.

I don't recommend this product

**My Age**    60+

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful?   👍 0   👎 0

**HumanN**
19 days ago
That's great Bruce!

---

MS    Mark S.    20 days ago
✅ Verified Buyer

**Love SuperBeets**

I have some SuperBeets every day I love it

👍 I recommend this product

My Age        40 - 49

Energy Boost

| Low Improvement | | Large Improvement |

Taste

**Key Benefits** · **Nutrition & Ingredients** · **How To Use** · **Frequent Questions** · **Customer Reviews**

---

**HumanN**
17 days ago

Thanks so much Mark!

---

**BS**

Bonita S.
✅ Verified Buyer

👍 I recommend this product

**My Age**        60+

20 days ago

**I feel better.**

It's easy to take and tastes good.

Energy Boost

| Low Improvement | | Large Improvement |

Taste

| Average | | Excellent |

Circulation

| Low Improvement | | Large Improvement |

Was this helpful?  👍 1   👎 0

---

**GK**

Gretchen K.
✅ Verified Buyer

👍 I recommend this product

**My Age**        60+

20 days ago

**Helps maintain lower blood pressure and boosts energy!**

I really enjoy my SuperBeets crystals! I recently lost 60 pounds and was able to discontinue my blood pressure meds. I drink SuperBeets every day to maintain my healthy blood pressure levels. Love it! The energy boost it gives me is a great bonus, too! I wish the original SuperBeets was available in the same berry flavor as the SuperBeets energy plus!

Energy Boost

| Low Improvement | | Large Improvement |

Taste

| Average | | Excellent |

Circulation

| Low Improvement | | Large Improvement |

Was this helpful?  👍 1   👎 0

---

**JF**

Julius F.
✅ Verified Buyer

👍 I recommend this product

**My Age**        60+

21 days ago

**Nice tasting Super Beets powder.**

Enjoy the Super Beets tast.

Energy Boost

| Low Improvement | | Large Improvement |

Taste

| Average | | Excellent |

Circulation

| Low Improvement | | Large Improvement |

Was this helpful?  👍 0  👎 0



| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | **Customer Reviews** |

👍 I recommend this product

**My Age**    30 - 39

Energy Boost    Low Improvement — Large Improvement
Taste    Average — Excellent
Circulation    Low Improvement — Large Improvement

Was this helpful?  👍 1  👎 0



Bill C.    ☑ Verified Buyer    22 days ago

👍 I recommend this product

**My Age**    40 - 49

**Im sold!!**

I've been using this for about a week now and I cannot believe how much more energy I have throughout the day without taking any naps. My motivation has risen and the want to get up and go and get things done is just awesome. So far this stuff is just straight rockin.

Energy Boost    Low Improvement — Large Improvement
Taste    Average — Excellent
Circulation    Low Improvement — Large Improvement

Was this helpful?  👍 1  👎 0

**HumanN**
22 days ago
Wow! Thank you Bill!!



JM    John M.    ☑ Verified Buyer    23 days ago

👍 I recommend this product

**My Age**    50 - 59

**The taste will get you.**

I have been taking Super Beets for almost a month now. I feel pretty good. I do have to say that I do not like the taste when it is mixed with water. It is a whole lot better if you mix it with orange juice.

Energy Boost    Low Improvement — Large Improvement
Taste    Average — Excellent
Circulation    Low Improvement — Large Improvement

Was this helpful?  👍 1  👎 1

**HumanN**
22 days ago

as well! People who don't like smoothies can also enjoy SuperBeets with yogurt as well!

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | **Customer Reviews** |

✅ I recommend this product

**My Age** 60+



# I was surprised about the taste, much better than Beets, very plesent tasting.

| Energy Boost | Low Improvement — Large Improvement |
| Taste | Average — Excellent |
| Circulation | Low Improvement — Large Improvement |

Was this helpful? 👍 1   👎 0

**HumanN**
22 days ago

We're so happy to hear that Thomas! Thank you!

---

LV   Larry V.
✅ Verified Buyer

23 days ago

✅ I recommend this product

**My Age** 50 - 59



**Lower blood pressure**

I like that it helps with my blood pressure and energy, but the taste needs help. Great product 👌

| Energy Boost | Low Improvement — Large Improvement |
| Taste | Average — Excellent |
| Circulation | Low Improvement — Large Improvement |

Was this helpful? 👍 1   👎 0

**HumanN**
22 days ago

Thank you Larry!

---

CL   Cheryl L.
✅ Verified Buyer

23 days ago

✅ I recommend this product

**My Age** 60+

**Fast delivery**

I like the individual packets better than the jar

| Energy Boost | Low Improvement — Large Improvement |
| Taste | Average — Excellent |
| Circulation | Low Improvement — Large Improvement |

Was this helpful? 👍 1   👎 0

**HumanN**

Perfect Cheryl! We're glad you found what works best for you!

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
|---|---|---|---|---|

---

I recommend this product

**My Age**       60+

Dr said he would have to increase my blood pressure medicine if my next visit was high. Took Super Beets for about 10 months and it was in the normal range! I reordered.

Energy Boost      Low Improvement — Large Improvement

Taste             Average — Excellent

Circulation       Low Improvement — Large Improvement

Was this helpful?   👍 1   👎 0

---

Richard S.   ✅ Verified Buyer                                    23 days ago

I recommend this product

**My Age**       60+

**More energy than ever**

I love it I am sixty one years old and I have more energy now than when I was in my thirties

Energy Boost      Low Improvement — Large Improvement

Taste             Average — Excellent

Circulation       Low Improvement — Large Improvement

Was this helpful?   👍 1   👎 0

---

CL   Craig L J.   ✅ Verified Buyer                               23 days ago

I recommend this product

**My Age**       60+

**Awesome**

I'd rather have the gummy's for the power is excellent

Energy Boost      Low Improvement — Large Improvement

Taste             Average — Excellent

Circulation       Low Improvement — Large Improvement

Was this helpful?   👍 0   👎 0

---

JM   Janice M.   ✅ Verified Buyer                                23 days ago

I recommend this product

**Human beets**

Tastes great, I like the increased energy I get after drinking this.





Energy Boost

Low Improvement      Large Improvement

Taste

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | **Customer Reviews** |
|---|---|---|---|---|

---

**RS**    Rick S. ☑
✅ Verified Buyer                        24 days ago

👍 I recommend this product

**My Age**     60+

**great**

switched from apple to cherry much happier with the cherry

Energy Boost       Low Improvement — Large Improvement

Taste       Average — Excellent

Circulation       Low Improvement — Large Improvement

Was this helpful? 👍 1   👎 0

---

**GJ**    Guy J. ☑
✅ Verified Buyer                        25 days ago

👍 I recommend this product

**My Age**     60+

**Feeling a little better**

Feeling a little better

Energy Boost       Low Improvement — Large Improvement

Taste       Average — Excellent

Circulation       Low Improvement — Large Improvement

Was this helpful? 👍 0   👎 0

---

**CL**    Car L. ☑
✅ Verified Buyer                        25 days ago

👍 I recommend this product

**My Age**     60+

**Quite good**

I seem to have more energy

Energy Boost       Low Improvement — Large Improvement

Taste       Average — Excellent

Circulation       Low Improvement — Large Improvement

Was this helpful? 👍 1   👎 0

---

**CF**    Christine F. ☑
✅ Verified Buyer                        25 days ago

**Super Beets Happy**



👍 I recommend this product

I have been taking Super Beets on a daily basis and seem to have more energy as the day progresses. I'm very happy with the results and will continue to start my day with Super Beets. Thank you for a great product!

**My Age**          60+

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
|---|---|---|---|---|

Circulation

Low Improvement — Large Improvement

Was this helpful?   👍 1   👎 0

---

WG   Wilma G. ☑
      ✅ Verified Buyer

👍 I recommend this product

**My Age**          60+

26 days ago

**great product**

gives me a over energy day.

Energy Boost        Low Improvement — Large Improvement

Taste               Average — Excellent

Circulation         Low Improvement — Large Improvement

Was this helpful?   👍 1   👎 0

---

MC   Mickey C. ☑

👍 I recommend this product

**My Age**          60+

26 days ago

**super beets**

The taste is great. I have been using this for 3 months my blood pressure is great and my cholesterol was 252 after using this my last test was 140 My energy level is wonderful for a 77 year old

I highly recommend super beets

Energy Boost        Low Improvement — Large Improvement

Taste               Average — Excellent

Circulation         Low Improvement — Large Improvement

Was this helpful?   👍 0   👎 0

---

JD   JOSEPH D. ☑
      ✅ Verified Buyer

👍 I recommend this product

**My Age**          60+

27 days ago

**good**

all good

Energy Boost        Low Improvement — Large Improvement

Taste               Average — Excellent

Circulation         Low Improvement — Large Improvement

Was this helpful?  👍 0   👎 0

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
|---|---|---|---|---|

👍 I recommend this product

**My Age**    18 - 29

increased in the short time I've been using them.



Energy Boost

Low Improvement — Large Improvement

Taste

Average — Excellent

Circulation

Low Improvement — Large Improvement

Was this helpful?  👍 0   👎 0

---

**DB**

Delena B.
✅ Verified Buyer

👍 I recommend this product

**My Age**    60+

28 days ago

**Super Beets works great!**

I usually do prison ministry on Mondays and I make a really heathy shake to drink before going. Since I received my Super Beets, I just add that powder to my shake and get great benefits. Thank you for providing this! It is much easier than peeling and chopping fresh beets which I have done in the past!

Energy Boost

Low Improvement — Large Improvement

Taste

Average — Excellent

Circulation

Low Improvement — Large Improvement

Was this helpful?  👍 0   👎 0

---

**FE**

Felix E.
✅ Verified Buyer

👍 I recommend this product

**My Age**    60+

29 days ago

**Great product**

I am retired and i take superbeets every morning before i go walking and it gives me lots of energy and i walk 5 miles a day.



Energy Boost

Low Improvement — Large Improvement

Taste

Average — Excellent

Circulation

Low Improvement — Large Improvement

Was this helpful?  👍 0   👎 0

---



Kathy Kazantzis S.
✅ Verified Buyer

👍 I recommend this product

29 days ago

**Super Beets Black Cherry Circulation**



| My Age | 40 - 49 |

I gave Super Beets 3 stars because the taste is great. I take it everyday and have seen my Blood Pressure has been really good taking this product. Also, I have seen improvements in my circulation.

**Key Benefits**    **Nutrition & Ingredients**    **How To Use**    **Frequent Questions**    **Customer Reviews**

Circulation — Low Improvement | Large Improvement

Was this helpful? 👍 0  👎 0

**SK**  Sherry K H.  ✓ Verified Buyer

👍 I recommend this product

| My Age | 60+ |

29 days ago

**Super Beets**

Taste great and it makes my body feel good.

Energy Boost — Low Improvement | Large Improvement
Taste — Average | Excellent
Circulation — Low Improvement | Large Improvement

Was this helpful? 👍 1  👎 1

**M**  Mary C.  ✓ Verified Buyer

👍 I recommend this product

| My Age | 60+ |

30 days ago

**Love this product**

I have always had B/P issues and this works!!!

Energy Boost — Low Improvement | Large Improvement
Taste — Average | Excellent
Circulation — Low Improvement | Large Improvement

Was this helpful? 👍 0  👎 0

Raymond B.  ✓ Verified Buyer

👍 I recommend this product

| My Age | 60+ |

30 days ago

**Great**

Keeps me awake during the day.

Energy Boost — Low Improvement | Large Improvement
Taste — Average | Excellent
Circulation — Low Improvement | Large Improvement

Was this helpful? 👍 0  👎 0

VD

vincenet d.
✔ Verified Buyer

**Tasty**

30 days ago

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |

Taste
Average ▭▭▭ Excellent

Circulation
Low Improvement ▭▭▭ Large Improvement

Was this helpful?  👍 0  👎 0

**HumanN**
29 days ago

Thank you Vincenet!

---

Shannon W.
✔ Verified Buyer

👍 I recommend this product

**My Age**   50 - 59

30 days ago

**This is just what I needed** 😊

I am 51 yrs. old, disabled and overweight with many health issues. One of them is Pitting Edema: where my legs get so filled with interstitial fluid that they swell up and are painful at times. You could push a finger into my leg and leave an imprint on my skin after the finger is removed.

I have other issues, as well, dealing with circulation issues. After trying your SUPER BEETS, every evening I noticed that I had no swelling in my legs and I sensed an amount of energy that I didn't have before. I am very pleased so far and almost on my second container of super beets. I subscribed for a 3 month supply and for every 3 mo. I'll receive my 3 jars of super beets and I plan on being consistent with taking super beets everyday. I thank God and I thank you. 🙏 😊

Energy Boost
Low Improvement ▭▭▭ Large Improvement

Taste
Average ▭▭▭ Excellent

Circulation
Low Improvement ▭▭▭ Large Improvement

Was this helpful?  👍 0  👎 0

**HumanN**
29 days ago

Thank you for sharing with us Shannon!

---

PH

Paul H.
✔ Verified Buyer

👍 I recommend this product

**My Age**   60+

about 1 month ago

**SuperBeet Juice** 👍👍👍👍♥

Awesome product, I take SuperBeets at the start of my day and then again in the evening. Energy and lower blood pressure = my benefits

Energy Boost
Low Improvement ▭▭▭ Large Improvement

Taste
Average ▭▭▭ Excellent



Circulation

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
| --- | --- | --- | --- | --- |



**FR** ✅ Verified Buyer

👍 I recommend this product

**My Age** 60+

**beet powder**

Seems to be improvements but haven't used it long enough yet to give it a fair chance. Taste is not bad (apple). Delivery was prompt and packaged well. Stamina was the first improvement on walks.

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful? 👍 0   👎 0



**KO** Kathy O.
✅ Verified Buyer

👍 I recommend this product

**My Age** 60+

about 1 month ago

**Great product!**

I have been taking Super Beets for two weeks now and already feel the difference.

I feel great!

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful? 👍 0   👎 0



**DS** David S.
✅ Verified Buyer

👍 I recommend this product

**My Age** 50 - 59

about 1 month ago

**Outstanding**

Great product; since using superbeets, my average bp ready is around 119/85.

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful? 👍 0   👎 0

courtney C.

about 1 month ago

CC

Verified Buyer

**BP better by the day**

This product literally saved me ! My BP was ridiculous.. I am finally seeing normal numbers .

**Key Benefits**     **Nutrition & Ingredients**     **How To Use**     **Frequent Questions**     **Customer Reviews**

Circulation

Average — Excellent
Low Improvement — Large Improvement

Was this helpful?   👍 0   👎 0

---

CS   Carl S.

Verified Buyer

👍 I recommend this product

**My Age**      60+

about 1 month ago

**Very pleasant**

I like the taste and hope it works.

Energy Boost     Low Improvement — Large Improvement

Taste     Average — Excellent

Circulation     Low Improvement — Large Improvement

Was this helpful?   👍 0   👎 0

---

BW   Bill W.

Verified Buyer

👍 I recommend this product

**My Age**      60+

about 1 month ago

**SuperBeety**

Like it! It is great!!!

Energy Boost     Low Improvement — Large Improvement

Taste     Average — Excellent

Circulation     Low Improvement — Large Improvement

Was this helpful?   👍 0   👎 0

---

TS   Thomas S.

Verified Buyer

👍 I recommend this product

**My Age**      60+

about 1 month ago

**Encouraging results**

The earth did not move beneath my feet but I noticed some cumulative positive results over several months.

Energy Boost     Low Improvement — Large Improvement

Taste     Average — Excellent

Circulation     Low Improvement — Large Improvement

Was this helpful?   👍 0   👎 0

GD

Gerard D.
✅ Verified Buyer

about 1 month ago

**original apple & black cherry**

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |

Energy Boost

Low Improvement — Large Improvement

Taste

Average — Excellent

Circulation

Low Improvement — Large Improvement

Was this helpful? 👍 0   👎 0

---

SK

Susan K.
✅ Verified Buyer

👍 I recommend this product

**My Age**    50 - 59

about 1 month ago

**Good**

Works hood taste is ok

Energy Boost

Low Improvement — Large Improvement

Taste

Average — Excellent

Circulation

Low Improvement — Large Improvement

Was this helpful? 👍 0   👎 0

**HumanN**
16 days ago

We do have a 90 day money back guarantee, please give us a call at 1-855-636-4040 and we are happy to help!

---



Lori Farr G.
✅ Verified Buyer

👍 I recommend this product

**My Age**    50 - 59

about 1 month ago

**Raynaud's Syndrome**

My husband has Raynaud's Syndrome and he loses feeling in his fingers in cool temperatures. Since taking Super Beets he has had zero flare ups. But, the taste is horrible!

Energy Boost

Low Improvement — Large Improvement

Taste

Average — Excellent

Circulation

Low Improvement — Large Improvement

Was this helpful? 👍 0   👎 0

**HumanN**
15 days ago

We're happy to hear about his improvement Lori, we recommend mixing SuperBeets in coconut water or in a smoothie with non acidic fruits.

---

Scott M.

about 1 month ago

**SM**
✔ Verified Buyer

**Blood pressure is down**

Don't like the taste

👍 I recommend this product

---

| Key<br>Benefits | Nutrition &<br>Ingredients | How<br>To Use | Frequent<br>Questions | Customer<br>Reviews |
| --- | --- | --- | --- | --- |

---

Circulation

Low Improvement ———— Large Improvement

Was this helpful?   👍 0   👎 0

---

**AD**

Anne D.
✔ Verified Buyer

👍 I recommend this product

**My Age**     60+

about 1 month ago

**Great**

We continue to enjoy super beets and heart greens. They are added to the smoothie every day.

Energy Boost      Low Improvement ———— Large Improvement

Taste             Average ———— Excellent

Circulation       Low Improvement ———— Large Improvement

Was this helpful?   👍 0   👎 0

---

**JV**

James V.
✔ Verified Buyer

👍 I recommend this product

**My Age**     60+

about 1 month ago

**Delivers on its Promise**

I love this stuff. It gives me the energy to get through my day . And, I have noticed a reduction in blood pressure.

Jim

Energy Boost      Low Improvement ———— Large Improvement

Taste             Average ———— Excellent

Circulation       Low Improvement ———— Large Improvement

Was this helpful?   👍 0   👎 0

---

**SS**

Sheldon S.
✔ Verified Buyer

👍 I recommend this product

**My Age**     60+

about 1 month ago

**Works as advertised**

Love it

Energy Boost      Low Improvement ———— Large Improvement

Taste             Average ———— Excellent

Circulation       Low Improvement ———— Large Improvement

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
|---|---|---|---|---|

👍 I recommend this product

**My Age**   40 - 49

more energy throughout the day. I

| Energy Boost | Low Improvement ——— Large Improvement |
| Taste | Average ——— Excellent |
| Circulation | Low Improvement ——— Large Improvement |

Was this helpful? 👍 0  👎 0

---

**AG**   Allen G. ☐
✅ Verified Buyer

👍 I recommend this product

**My Age**   60+

about 1 month ago

**Evaluation**

The product is terrific and I've experienced greater energy. The only downside is that there is a tendency for the product to harden in the cannister about a week after opening.

| Energy Boost | Low Improvement ——— Large Improvement |
| Taste | Average ——— Excellent |
| Circulation | Low Improvement ——— Large Improvement |

Was this helpful? 👍 0  👎 0

---

**MW**   Michael W. ☐
✅ Verified Buyer

👍 I recommend this product

**My Age**   60+

about 1 month ago

**Good SuperBeet experience**

The latest supply of my SuperBeets came in Apple. I really liked the original and hope I can go back to that flavor. I'm not sure why you made the change and will cancel my next reorder if you decide to switch my flavor. If I don't hear back that I will be getting the original flavor I will stop my next reorder.

| Energy Boost | Low Improvement ——— Large Improvement |
| Taste | Average ——— Excellent |
| Circulation | Low Improvement ——— Large Improvement |

Was this helpful? 👍 0  👎 0



about 1 month ago

**Key Benefits**    **Nutrition & Ingredients**    **How To Use**    **Frequent Questions**    **Customer Reviews**

**My Age**    60+

Energy Boost    Low Improvement — Large Improvement

Taste    Average — Excellent

Circulation    Low Improvement — Large Improvement

Was this helpful?    👍 0    👎 0

---

RC    Richard C.    ✅ Verified Buyer

about 1 month ago

👍 I recommend this product

**My Age**    60+

**Beets**

Seams to help nothing like it clames on TV its raising my oxygen up from normal of 95 to 97 for about 3 hrs

Energy Boost    Low Improvement — Large Improvement

Taste    Average — Excellent

Circulation    Low Improvement — Large Improvement

Was this helpful?    👍 0    👎 0

---

DW    Donald W.    ✅ Verified Buyer

about 1 month ago

👍 I recommend this product

**My Age**    60+

**It works**

It helps with afternoon energy I don't know why it works but it works

Energy Boost    Low Improvement — Large Improvement

Taste    Average — Excellent

Circulation    Low Improvement — Large Improvement

Was this helpful?    👍 0    👎 0

---

Jeff C.    ✅ Verified Buyer

about 1 month ago

👍 I recommend this product

**My Age**    60+

**Mind Blown**

I discovered high blood pressure when I was a teenager. I am 62 now. I've tried many medications. None worked.

I've been using Super Beets for one month. Went to Dr. Yesterday and my pressure was 125/78!!!

Never in my life has it been this good.

I am a commercial urchin diver. I have difficult lifestyle. SuperBeets is proving to be a wise choice.

Thank You. HUMANn!!!

Key
Benefits

Nutrition &
Ingredients

How
To Use

Frequent
Questions

Customer
Reviews



Circulation

| | Average | Excellent |
| Low Improvement | | Large Improvement |

Was this helpful? 👍 0   👎 0

---

**SW**

**Sharon W.** ☑
✅ Verified Buyer

👍 I recommend this product

**My Age**       60+

about 1 month ago

**Great Products & Great Service**

I received a shipment that I was not expecting and had decided to cancel but the great agent worked with me and he suggested trying another product and provide postage to return shipment.

Energy Boost
Low Improvement       Large Improvement

Taste
Average       Excellent

Circulation
Low Improvement       Large Improvement



Was this helpful? 👍 0   👎 0

**HumanN**
15 days ago

We thank you and we're glad our customer support team was able to help you out Sharon!

---

**AA**

**ASIM A.** ☑
✅ Verified Buyer

👍 I recommend this product

**My Age**       60+

about 1 month ago

**Great so far**

Just started taking it.

Energy Boost
Low Improvement       Large Improvement

Taste
Average       Excellent

Circulation
Low Improvement       Large Improvement

Was this helpful? 👍 0   👎 0

---

**NB**

**Neecie B.** ☑
✅ Verified Buyer

👍 I recommend this product

about 1 month ago

**Excellent**

I honestly feel better after I've taken the Super Beets! The circulation problems literally are gone!

My Age    30 - 39

Energy Boost

Low Improvement / Large Improvement

Taste

---

**Key Benefits**     **Nutrition & Ingredients**     **How To Use**     **Frequent Questions**     **Customer Reviews**

---

DV    Diana V.   ☐
      ✅ Verified Buyer

👍 I recommend this product

**My Age**    40 - 49

about 1 month ago

**Super Beets**

Love the way I feel

Energy Boost
Low Improvement / Large Improvement

Taste
Average / Excellent

Circulation
Low Improvement / Large Improvement

Was this helpful?  👍 0   👎 0

---

CS    Cindy S.   ☐
      ✅ Verified Buyer

👍 I recommend this product

**My Age**    60+

about 1 month ago

**Need energy**

I drink super beets before exercising and it gives me a boost.

Energy Boost
Low Improvement / Large Improvement

Taste
Average / Excellent

Circulation
Low Improvement / Large Improvement

Was this helpful?  👍 0   👎 0

---

BC    Bobbie C.   ☐
      ✅ Verified Buyer

👍 I recommend this product

**My Age**    60+

about 1 month ago

**I like it**

It help me with my neuropathy the numbness and blood flow in my feets and legs

Energy Boost
Low Improvement / Large Improvement

Taste
Average / Excellent

Circulation
Low Improvement / Large Improvement

Was this helpful?  👍 1   👎 0

---

SY    Sharon Y.   ☐
      ✅ Verified Buyer

about 1 month ago

**Super Beets Trial**

👍 I recommend this product

**My Age**          60+

The superbeets taste great, but I'm not noticing any effects. I have only been taking for two weeks so I may need to give it more time. I will follow-up after a month or so.

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
|---|---|---|---|---|

Circulation

Low Improvement ——— Large Improvement

Was this helpful?  👍 0   👎 0

---

DH

Daniel H.
✅ Verified Buyer

👍 I recommend this product

**My Age**          60+

about 1 month ago

**Seems to maybe have some positive effect**

But I am frankly uncertain of just how much it is, or is not, doing for me. I have another 90-day suppy and will decide then wether to continue.

Energy Boost          Low Improvement ——— Large Improvement

Taste          Average ——— Excellent

Circulation          Low Improvement ——— Large Improvement

Was this helpful?  👍 0   👎 0

---

Bill B.
✅ Verified Buyer

👍 I recommend this product

**My Age**          60+

about 1 month ago

**Good**

Blood pressure down 10 points

Energy Boost          Low Improvement ——— Large Improvement

Taste          Average ——— Excellent

Circulation          Low Improvement ——— Large Improvement

Was this helpful?  👍 0   👎 0

---

BS

Bridget S.
✅ Verified Buyer

👍 I recommend this product

**My Age**          60+

about 1 month ago

**SUPER ENERGETIC!!!**

I have drinking superbeets now for a little over two months. It is great!!! I had to get use to the taste,but after drinking it for awhile I now enjoy the taste, and It really gives me the energy that I needed to keep me going through the day!! It definitely gives you lots of energy!!! I am feeling the best ever, now after drinking my superbeets daily!! Thank you for a great product!!

Energy Boost          Low Improvement ——— Large Improvement

Taste          Average ——— Excellent

Circulation

Low Improvement              Large
                             Improvement

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
|---|---|---|---|---|



**Very good**

Helped with circulation and bp

Energy Boost        Low Improvement        Large Improvement

Taste               Average               Excellent

Circulation         Low Improvement        Large Improvement

I recommend this product

**My Age**        60+

Was this helpful?   👍 0   👎 0



Peter M.  ✅ Verified Buyer

about 1 month ago

**superbeets**

only been taken for 2 weeks , i work a night so i needed something keep me up all night . i take it in the am everyday . so can i take it in the 7 am then again 9 pm at work ??

i'm also type 2 dietetic hopefully this will help !!

Energy Boost        Low Improvement        Large Improvement

Taste               Average               Excellent

Circulation         Low Improvement        Large Improvement

I recommend this product

**My Age**        50 - 59

Was this helpful?   👍 0   👎 0



RJ   Rita J.  ✅ Verified Buyer

about 1 month ago

**I have recently started with the product**

I have to wait a bit before I can comment.

Energy Boost        Low Improvement        Large Improvement

Taste               Average               Excellent

Circulation         Low Improvement        Large Improvement

I recommend this product

**My Age**        50 - 59

Was this helpful?   👍 0   👎 0



Samantha S.  ✅ Verified Buyer

about 1 month ago

**Amazing**

👍 I recommend this product

I have been using superbeets for almost 3 years and I love it.

**My Age**    50 - 59

Energy Boost

Was this helpful?  👍 0  👎 0

---

**SF**   Sue F. ☐
✅ Verified Buyer

about 1 month ago

👍 I recommend this product

**My Age**    60+

**Wow**

We both had high triglycerides last blood test. Tried Super Beets for 3 months, then got a new blood test. The positive results and much lower numbers were astounding! Nothing else we've done has been as successful.

Energy Boost    Low Improvement — Large Improvement

Taste    Average — Excellent

Circulation    Low Improvement — Large Improvement

Was this helpful?  👍 0  👎 0

---

**AT**   Amanda T. ☐
✅ Verified Buyer

about 1 month ago

👍 I recommend this product

**My Age**    50 - 59

**It's keeping my blood pressure under control.**

I like it.

Energy Boost    Low Improvement — Large Improvement

Taste    Average — Excellent

Circulation    Low Improvement — Large Improvement

Was this helpful?  👍 0  👎 0

---

**LL**   Lois L. ☐
✅ Verified Buyer

about 1 month ago

👍 I recommend this product

**My Age**    60+

**Fantastic**

Super tasty product

Energy Boost    Low Improvement — Large Improvement

Taste    Average — Excellent

Circulation    Low Improvement — Large Improvement

Was this helpful?  👍 0  👎 0

LL

Lois L.
✅ Verified Buyer

about 1 month ago

**Yummy stuff**

| Key<br>Benefits | Nutrition &<br>Ingredients | How<br>To Use | Frequent<br>Questions | Customer<br>Reviews |
| --- | --- | --- | --- | --- |

Taste
Average — Excellent

Circulation
Low Improvement — Large Improvement

Was this helpful?  👍 0   👎 0

---

GK

Ginger K W.
✅ Verified Buyer

about 1 month ago

**Super Beets are super**

The Super Beets really work proof in dr test blood pressure down 👏👀👏

👍 I recommend this product

**My Age**        60+

Energy Boost
Low Improvement — Large Improvement

Taste
Average — Excellent

Circulation
Low Improvement — Large Improvement

Was this helpful?  👍 0   👎 0

---

TB

Timothy B.
✅ Verified Buyer

about 1 month ago

👍 I recommend this product

**My Age**        60+

**GOOD STUFF!**

Super Beets taste great, work great, and are very affordable.

Energy Boost
Low Improvement — Large Improvement

Taste
Average — Excellent

Circulation
Low Improvement — Large Improvement

Was this helpful?  👍 0   👎 0

---

DR

Don R.
✅ Verified Buyer

about 1 month ago

👍 I recommend this product

**My Age**        60+

**Old cyclist**

I've used beetlite for the last 4-5 years, I've been cycling since 1974 and at my age I need all the help I can get.

IT WORKS

Energy Boost
Low Improvement — Large Improvement

Taste
Average — Excellent

Circulation
Low Improvement — Large Improvement

Was this helpful?  👍 0   👎 0

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
|---|---|---|---|---|

👍 I recommend this product

**My Age**         60+

Energy Boost         Low Improvement            Large Improvement

Taste                Average                    Excellent

Circulation          Low Improvement            Large Improvement

Was this helpful?  👍 0   👎 0

---

**DH**   Dale H. ☐
✅ Verified Buyer

👍 I recommend this product

**My Age**         60+

about 2 months ago

**Overall good**

I prefer the chews. Iam always on the move so powder doesn't work out for me

Energy Boost         Low Improvement            Large Improvement

Taste                Average                    Excellent

Circulation          Low Improvement            Large Improvement

Was this helpful?  👍 0   👎 0

---

**ty**   ty n. ☐
✅ Verified Buyer

👍 I recommend this product

**My Age**         60+

about 2 months ago

**First time trying it recommended by a friend**

What I like are the different flavors there is no aftertaste

Energy Boost         Low Improvement            Large Improvement

Taste                Average                    Excellent

Circulation          Low Improvement            Large Improvement

Was this helpful?  👍 0   👎 0

---

**TB**   Todd B. ☐
✅ Verified Buyer

👍 I recommend this product

**My Age**         50 - 59

about 2 months ago

**outstanding product**

I love the flavors and it helps me feel better. I can feel it if there is a day I miss my superbeets!

Energy Boost         Low Improvement            Large Improvement




Taste

Average       Excellent

Circulation

Low Improvement       Large

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
| --- | --- | --- | --- | --- |



**GM**

Gunner M.
✓ Verified Buyer

👍 I recommend this product

**My Age**     60+

about 2 months ago

**Positive Results**

Being a stroke survivor, I have been trying to improve my heath and well being and your product has been a positive introduction to my plethora of supplements helping to return me to health. Just had excellent check ups from all my physicians, the best in many years!

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful? 👍 0 👎 0



**EH**

Ed H.
✓ Verified Buyer

👍 I recommend this product

**My Age**     40 - 49

about 2 months ago

**Superbeets**

So far very happy with my results. My energy levels have been raised significantly.

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful? 👍 0 👎 0



William D.
✓ Verified Buyer

👍 I recommend this product

**My Age**     60+

about 2 months ago

**Great Energy Booster**

I've learned to take my Super Beets in the afternoon when I can as I get an energy boost that helps me finish my work day strong!

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful? 👍 0 👎 0

dana g.

about 2 months ago

**DG** ✅ Verified Buyer

**good**

good but clumps

👍 I recommend this product

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
|---|---|---|---|---|

Circulation

Low Improvement — Large Improvement

Was this helpful? 👍 0  👎 0

---

**RN**

Russell N. ☐
✅ Verified Buyer

about 2 months ago

👍 I recommend this product

**My Age** 40 - 49

**Best way to start BeetElite**

The 2-pack was great for my first purchase! Not only did it give me a 60-day supply to try a new product, it also gave me an idea of which flavor I'm going to prefer for my subscription purchase! This is a win-win, and both the effect on performance and the effect on perceived effort is tremendous! Highly recommend.

Energy Boost

Low Improvement — Large Improvement

Taste

Average — Excellent

Circulation

Low Improvement — Large Improvement

Was this helpful? 👍 0  👎 0

---

**CA**

Charlotte A. ☐
✅ Verified Buyer

about 2 months ago

👍 I recommend this product

**My Age** 60+

**Love it**

Gives me energy and clarity

Energy Boost

Low Improvement — Large Improvement

Taste

Average — Excellent

Circulation

Low Improvement — Large Improvement

Was this helpful? 👍 0  👎 0

---

**CW**

Claudette W. ☐
✅ Verified Buyer

about 2 months ago

👍 I recommend this product

**My Age** 50 - 59

**Wonderful Taste**

I really enjoyed drinking the super beets, my plan is to buy another box. The taste is great.

Thank you.

CW

Energy Boost

Low Improvement — Large Improvement

Taste

Average                    Excellent

Circulation

Low Improvement           Large

---

**Key
Benefits**            **Nutrition &
Ingredients**       **How
To Use**            **Frequent
Questions**          **Customer
Reviews**

---

**AG**          Allyn G.
                🟢 Verified Buyer

👍 I recommend this product

**My Age**      60+

about 2 months ago

**That 73 and still putting in 12 hours a day drink then combined by one of the
chews During the day is just the uplift I need to make it through those long hours
the taste is wonderful more pleasant than I ever thought it would be**

The quick uplift in energy was just what I needed I have a drink in the
morning and during the day I'll have one maybe two of the flavored chews,
definitely gives me the energy to keep going those long hours till I get home
at night .

Energy Boost

Low Improvement           Large
                          Improvement

Taste

Average                    Excellent

Circulation

Low Improvement           Large
                          Improvement

Was this helpful?   👍 0   👎 0

---

**MJ**          Mervin J.
                🟢 Verified Buyer

👍 I recommend this product

**My Age**      60+

about 2 months ago

**Good**

I like everything about the product,it keeps my blood pressure down,plus
give me energy.

Energy Boost

Low Improvement           Large
                          Improvement

Taste

Average                    Excellent

Circulation

Low Improvement           Large
                          Improvement

Was this helpful?   👍 3   👎 1

**HumanN**
about 2 months ago

Thanks so much Mervin!

---

**KB**          Kimberly B.
                🟢 Verified Buyer

👍 I recommend this product

**My Age**      40 - 49

about 2 months ago

**Worked like a charm**

My blood pressure had crept up to 130/90 which is high for me. I could
constantly feel it in my head. I started using Super Beets and within 3 weeks
I was back to 110/70. I feel like myself again!

Energy Boost

Low Improvement           Large
                          Improvement

Taste

Average                    Excellent

Circulation

Low Improvement          Large
                         Improvement

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
|---|---|---|---|---|

---

**EJ**

Edward J.
✓ Verified Buyer

👍 I recommend this product

**My Age**          60+

about 2 months ago

**Super beets**

Great stuff gives you lot's energy

Energy Boost

Low Improvement          Large
                         Improvement

Taste

Average          Excellent

Circulation

Low Improvement          Large
                         Improvement

Was this helpful?   👍 3   👎 0

**HumanN**
about 2 months ago

We're so glad it does Edward, thanks!!

---

**RL**

Richard L.
✓ Verified Buyer

👍 I recommend this product

**My Age**          50 - 59

about 2 months ago

**Great**

I have notice more energy through the whole day immediately after starting Super Beets. Love it.

Energy Boost

Low Improvement          Large
                         Improvement

Taste

Average          Excellent

Circulation

Low Improvement          Large
                         Improvement

Was this helpful?   👍 1   👎 0

**HumanN**
about 2 months ago

That's great news Richard!

---

**KP**

Karen P.
✓ Verified Buyer

👍 I recommend this product

**My Age**          60+

about 2 months ago

**I seems to be working**

I was unsure of my progress, so I requested more strips in order for me to view my progress over time. I started as 'depleted' After one month my readings are 'low'. I am hoping to see further progress in the upcoming month.

Energy Boost

Low Improvement                      Large
                                    Improvement

Taste

## Key Benefits    Nutrition & Ingredients    How To Use    Frequent Questions    Customer Reviews

**HumanN**
about 2 months ago

That's great news Karen!

---

**VH** — Virginia H.
✅ **Verified Buyer**

👍 I recommend this product

**My Age**          60+

about 2 months ago

**Continued Satisfaction**

This is the second of my auto-ship program. I chose the apple flavor this time. I prefer the cherry flavor so will change back to that for subsequent shipments. The results are good - I see a measurable decrease in my blood pressure by taking Super Beets. I will be sharing this with my doctor and expect to continue with the product.

Energy Boost

Low Improvement                      Large Improvement

Taste

Average                              Excellent

Circulation

Low Improvement                      Large Improvement

Was this helpful?   👍 0   👎 0

**HumanN**
about 2 months ago

We appreciate the five star review Virginia!

---

**Andrew P N.**
✅ **Verified Buyer**

👍 I recommend this product

**My Age**          40 - 49

about 2 months ago

**Blood pressure reduction**

The product is beneficial ,Use Superbeets to boost Oxygen levels and improve general wellbeing

Energy Boost

Low Improvement                      Large Improvement

Taste

Average                              Excellent

Circulation

Low Improvement                      Large Improvement

Was this helpful?   👍 0   👎 0

---

**R** — Robert
✅ **Verified Buyer**

👍 I recommend this product

about 2 months ago

**Great boost!**

Best when drank more than a half hour before your workout. Quick sugars fade fast, but this stuff comes in later and carries you through.



Energy Boost

Low Improvement          Large
                         Improvement

Taste

**Key Benefits**     **Nutrition & Ingredients**     **How To Use**     **Frequent Questions**     **Customer Reviews**

---

JN  Jeff N.  ☑
    ✓ Verified Buyer

👍 I recommend this product

**My Age**          40 - 49

about 2 months ago

**Super Beets**

Best flavor of any beet powder i've tried, and it dissolves far better than any others.

Energy Boost

Low Improvement          Large
                         Improvement

Taste

Average                  Excellent

Circulation

Low Improvement          Large
                         Improvement

Was this helpful?   👍 1   👎 0

---

JN  John N.  ☑
    ✓ Verified Buyer

👍 I recommend this product

**My Age**          60+

about 2 months ago

**Super Beets**

My kidney Dr. ask how are you improving your function? I take Super Beets to improve my blood circulation. He says keep doing it.

Energy Boost

Low Improvement          Large
                         Improvement

Taste

Average                  Excellent

Circulation

Low Improvement          Large
                         Improvement

Was this helpful?   👍 0   👎 0

**HumanN**
30 days ago

Thank you John!

---

JF  Jason F.  ☑
    ✓ Verified Buyer

👍 I recommend this product

**My Age**          60+

about 2 months ago

**Just started it**

Easy to drink tastes good

Energy Boost

Low Improvement          Large
                         Improvement

Taste

Average                  Excellent

Circulation

Low Improvement          Large
                         Improvement

Was this helpful?   👍 0   👎 0

Debra R.

about 2 months ago

| **Key Benefits** | **Nutrition & Ingredients** | **How To Use** | **Frequent Questions** | **Customer Reviews** |
|---|---|---|---|---|

**My Age**   60+

Energy Boost

Low Improvement — Large Improvement

Taste

Average — Excellent

Circulation

Low Improvement — Large Improvement

Was this helpful? 👍 0   👎 0

---

**GF**

George F.

✅ Verified Buyer

about 2 months ago

👍 I recommend this product

**My Age**   60+

**Good Stuff**

Tastes good. Seems to do what is claimed.

Energy Boost

Low Improvement — Large Improvement

Taste

Average — Excellent

Circulation

Low Improvement — Large Improvement

Was this helpful? 👍 0   👎 0

---

**NS**

Nancy S.

✅ Verified Buyer

about 2 months ago

👍 I recommend this product

**My Age**   60+

**Excellent**

Excellent

Energy Boost

Low Improvement — Large Improvement

Taste

Average — Excellent

Circulation

Low Improvement — Large Improvement

Was this helpful? 👍 0   👎 0

**HumanN**
about 1 month ago

Thank you Nancy!

---

**VM**

Vincent M.

✅ Verified Buyer

about 2 months ago

👍 I recommend this product

**My Age**   50 - 59

**Super Beets**

Been using this product for years.

Energy Boost

Low Improvement | Large Improvement

Taste

**Key Benefits**  **Nutrition & Ingredients**  **How To Use**  **Frequent Questions**  **Customer Reviews**

---

**HumanN**
about 1 month ago

We appreciate your loyalty Vincent!

---



DA  Debbie A.
✅ Verified Buyer

about 2 months ago

**Improvement in energy**

My energy is better after drinking the super beets for three months. I also take medication for an inactive thyroid. When I went to the doctor they had to lower my dosage. The only thing I've changed is drinking the super beets.

👍 I recommend this product

My Age     60+

Energy Boost

Low Improvement | Large Improvement

Taste

Average | Excellent

Circulation

Low Improvement | Large Improvement

Was this helpful?   👍 0   👎 0

**HumanN**
about 1 month ago

Wow! Thanks for sharing Debbie!

---



Susan P. B.
✅ Verified Buyer

about 2 months ago

**Effective and tasty!**

After taking my first pot of SuperBeets I am happy to say that my diastolic blood pressure has dropped 8 points. I expect it to drop further. I take it each morning and find it a refreshing and meaningful way to start my day. I enjoy the taste but sadly a friend of mine does not. I stress that it is very good for her though! Truly, it's a good thing that you write somewhere NOT to take more than 1 serving per day because otherwise I'd be tempted to take it in the afternoon too!

👍 I recommend this product

My Age     60+

Energy Boost

Low Improvement | Large Improvement

Taste

Average | Excellent

Circulation

Low Improvement | Large Improvement

Was this helpful?   👍 0   👎 0

**HumanN**
about 1 month ago

This is fantastic Susan! Thank you!!



CJ

Cary J.
✓ Verified Buyer

about 2 months ago

**GREAT Product**

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | **Customer Reviews** |
| --- | --- | --- | --- | --- |

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful? 👍 0   👎 0

**HumanN**
about 1 month ago

Thank you Cary!

---

PR

Peggy R.
✓ Verified Buyer

👍 I recommend this product

**My Age**   40 - 49

about 2 months ago

**Delicious**

My reynauds feels better after only one container.

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful? 👍 0   👎 0

**HumanN**
about 1 month ago

We're happy to hear that Peggy!

---

DC

Donald C.
✓ Verified Buyer

👍 I recommend this product

**My Age**   60+

about 2 months ago

**Energy**
Great taste

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful? 👍 0   👎 0

**HumanN**
about 1 month ago

Thank you Donald!

---

Kenneth Vaughan S.

about 2 months ago

KV

**Good product**



✅ Verified Buyer

Pleasant taste and I do know I can tell a difference....

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
|---|---|---|---|---|

Circulation

Low Improvement    Large Improvement

Was this helpful?  👍 0   👎 0

**HumanN**
about 2 months ago

Try taking two scoops per day Kenneth! You can take up to two servings in a 24 hour period.

---

CW

Cathy W.
✅ Verified Buyer

about 2 months ago

**Super beets**

My husband drinks it everyday. I prefer the chews. They need bigger bags if them. And are somewhat expensive.

👍 I recommend this product

**My Age**          60+

Energy Boost

Low Improvement    Large Improvement

Taste

Average    Excellent

Circulation

Low Improvement    Large Improvement

Was this helpful?  👍 0   👎 0

**HumanN**
about 2 months ago

We appreciate the feedback Cathy!

---

MB

Monica B.
✅ Verified Buyer

about 2 months ago

**More Energy All Day!**

Since I began taking super beets, I feel great all day and don't seem to experience the afternoon crash!

👍 I recommend this product

**My Age**          50 - 59

Energy Boost

Low Improvement    Large Improvement

Taste

Average    Excellent

Circulation

Low Improvement    Large Improvement

Was this helpful?  👍 0   👎 0

**HumanN**
about 2 months ago

Fantastic Monica!!

---

Jeff B.

about 2 months ago

**JB**  ✓ Verified Buyer  **Amazing**

✓ I recommend this product

Love this product!

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
|---|---|---|---|---|



Circulation

Low Improvement ——————— Large Improvement

Was this helpful?  👍 0   👎 0

**HumanN**
about 2 months ago

Thanks Jeff!

---

Scott R.

**SR**
✓ Verified Buyer

👍 I recommend this product

**My Age**          60+

about 2 months ago

**super beets "black cherry"**

Seems to give more energy, better breathing and the blood veins do not protrude. Have not checked blood pressure. This product does not taste good. Hoping for the good results.

Energy Boost        Low Improvement ——————— Large Improvement

Taste               Average ——————— Excellent

Circulation         Low Improvement ——————— Large Improvement

Was this helpful?  👍 1   👎 0

**HumanN**
about 2 months ago

Thanks for the feedback Scott, please try taking SuperBeets with coconut water! We also have our SuperBeets Soft Chews as well! We do have a 90 day money back guarantee, please give us a call at 1-855-636-4040 and we are happy to help!

---



Matt K.

**MK**
✓ Verified Buyer

👍 I recommend this product

**My Age**          60+

about 2 months ago

**Easy to Order**

It was quick to order super beets.Beets are good for your immune system.

Energy Boost        Low Improvement ——————— Large Improvement

Taste               Average ——————— Excellent

Circulation         Low Improvement ——————— Large Improvement

Was this helpful?  👍 0   👎 0

**HumanN**
about 2 months ago

We appreciate that Matt, we're glad you had an easy time ordering!

SF  Sharon F.  ☐
✅ Verified Buyer

about 2 months ago

**Good**

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
|---|---|---|---|---|

Taste

Circulation

Average — Excellent

Low Improvement — Large Improvement

Was this helpful?  👍 0  👎 0

**HumanN**
about 2 months ago

Thank you Sharon!

---

BR  brent r.  ☐
✅ Verified Buyer

2 months ago

👍 I recommend this product

**My Age**     50 - 59

👍us!!

Love the product, get for your liver as well

Energy Boost     Low Improvement — Large Improvement

Taste     Average — Excellent

Circulation     Low Improvement — Large Improvement

Was this helpful?  👍 0  👎 0

**HumanN**
about 2 months ago

Thanks for the five stars Brent!

---

TZ  Thomas Z.  ☐
✅ Verified Buyer

2 months ago

👍 I recommend this product

**My Age**     60+

**Positive**

I do feel to have more energy however, I find it challenging to get a good night's rest.

Energy Boost     Low Improvement — Large Improvement

Taste     Average — Excellent

Circulation     Low Improvement — Large Improvement

Was this helpful?  👍 0  👎 0

**HumanN**
about 2 months ago

Thanks for sharing Thomas, while SuperBeets is caffeine free we recommend trying it in mornings so it won't affect your sleep!

EO

Eddie O.
✓ Verified Buyer

2 months ago

**Energy !**

Key Benefits     Nutrition & Ingredients     How To Use     Frequent Questions     Customer Reviews

| Taste | Average — Excellent |
| Circulation | Low Improvement — Large Improvement |

Was this helpful?  👍 0   👎 0

**HumanN**
about 2 months ago

That's awesome to hear Eddie!

---

GK

George K.
✓ Verified Buyer

👍 I recommend this product

**My Age**      60+

2 months ago

**Loved it**

Great product good value

| Energy Boost | Low Improvement — Large Improvement |
| Taste | Average — Excellent |
| Circulation | Low Improvement — Large Improvement |

Was this helpful?  👍 0   👎 0

**HumanN**
about 2 months ago

Thanks George!

---

RC

Richard C.
✓ Verified Buyer

👍 I recommend this product

**My Age**      50 - 59

2 months ago

**multi flavor user**

The option to combine both these flavors is what soothes my needs. Having the choice to switch flavors a s the month goes on is great. This product has helped me lower my BP by 39%!!

| Energy Boost | Low Improvement — Large Improvement |
| Taste | Average — Excellent |
| Circulation | Low Improvement — Large Improvement |

Was this helpful?  👍 0   👎 0

**HumanN**
about 2 months ago

That's fantastic news Richard! Thanks for sharing!

PB    **Peter B.** ☐
✓ Verified Buyer

**Waiting To See**

2 months ago

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
|---|---|---|---|---|

Energy Boost — Low Improvement ——— Large Improvement

Taste — Average ——— Excellent

Circulation — Low Improvement ——— Large Improvement

Was this helpful?  👍 0  👎 0

**HumanN**
about 2 months ago
Please let us know if you have any questions Peter, we are happy to help you!

---

KD    **Kenneth D.** ☐
✓ Verified Buyer

👍 I recommend this product

**My Age**        50 - 59

2 months ago

**Awesome Beets!!!!!**

Super Beets!!! is excellent in providing energy and controlling blood pressure!!!!

Energy Boost — Low Improvement ——— Large Improvement

Taste — Average ——— Excellent

Circulation — Low Improvement ——— Large Improvement

Was this helpful?  👍 1  👎 0

**HumanN**
about 2 months ago
Thank you Kenneth! We appreciate it!

---

    **Paul B.** ☐
✓ Verified Buyer

👍 I recommend this product

**My Age**        60+

2 months ago

**Energy**

It seems to give you more energy but I'd like to see some medical proof about the other claims like how it increases circulation because I have a fib and that is very important to me

Energy Boost — Low Improvement ——— Large Improvement

Taste — Average ——— Excellent

Circulation — Low Improvement ——— Large Improvement

Was this helpful?  👍 0  👎 0

**HumanN**

Thanks for the five stars Paul, please give us a call if you have any questions at 1-855-636-4040!

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
| --- | --- | --- | --- | --- |



I seem to have more energy since I've been using super Beets

👍 I recommend this product

**My Age** 50 - 59

| Energy Boost | Low Improvement — Large Improvement |
| Taste | Average — Excellent |
| Circulation | Low Improvement — Large Improvement |

Was this helpful? 👍 0  👎 0

**HumanN**
about 2 months ago
We're so glad to hear that Roger!

**DD** Diana D. ☑
✅ Verified Buyer

2 months ago

👍 I recommend this product

**My Age** 60+

**Super Beets**

I take every day. Enjoy so much more energy.

| Energy Boost | Low Improvement — Large Improvement |
| Taste | Average — Excellent |
| Circulation | Low Improvement — Large Improvement |

Was this helpful? 👍 0  👎 0

**HumanN**
about 2 months ago
Thanks for sharing Diana!



**C** Cristine ☑
✅ Verified Reviewer

2 months ago

👍 I recommend this product

**My Age** 30 - 39

**Awesome**

I've been drinking superbeets for about a week now ive taken my blood pressure twice and mind you i have pre hypertension have not been on blood pressure meds and my blood pressure has be Great i usually run about 140 over 90 its been 117 over 68 and a little lower im amazed so ill keep drinking and checking

| Energy Boost | Low Improvement — Large Improvement |
| Taste | Average — Excellent |
| Circulation | Low Improvement — Large Improvement |

Was this helpful?  👍 0   👎 1

**HumanN**
about 2 months ago

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | **Customer Reviews** |
|---|---|---|---|---|

---

**MM**    Mary M. ☐
✅ Verified Buyer

👍 I recommend this product

**My Age**    60+

2 months ago

**Beets are good for you!**

Tastes good! Easy to drink. I have high blood pressure, so we shall see what it does. I cant afford a long term use of product unless iit really helps! Hope it does!!

Energy Boost    Low Improvement — Large Improvement

Taste    Average — Excellent

Circulation    Low Improvement — Large Improvement

Was this helpful?  👍 0   👎 0

---

**AG**    Alejandro G. ☐
✅ Verified Buyer

👍 I recommend this product

**My Age**    50 - 59

2 months ago

**It's great**

I like it because it help me with my blood pressure

Energy Boost    Low Improvement — Large Improvement

Taste    Average — Excellent

Circulation    Low Improvement — Large Improvement

Was this helpful?  👍 0   👎 0

---

**PB**    Pat B. ☐
✅ Verified Buyer

👍 I recommend this product

**My Age**    60+

2 months ago

**Benefits are real**

Was needing increased energy and stamina, so, hoped that part of your ad was true. It definitely WAS a big part of the product's benefit....I feel the increase! I, also, have a noticeable improvement in blood pressure. The flavor is good, too, so makes drinking easy.

Energy Boost    Low Improvement — Large Improvement

Taste    Average — Excellent

Circulation    Low Improvement — Large Improvement

Was this helpful?  👍 0   👎 0

**HumanN**
about 2 months ago

Thank you so much Pat!

| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
|---|---|---|---|---|



2 months ago

**My Age** 60+

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful? 👍 0  👎 0

**HumanN**
about 2 months ago

We're so glad you love them Rhonda!



**JM**

Jim M.
✅ Verified Buyer

👍 I recommend this product

**My Age** 60+

2 months ago

**very happy with results**

It lowers my blood pressure and gives me energy.

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful? 👍 0  👎 0

**HumanN**
about 2 months ago

We're so glad to hear that Jim!



**KG**

keith g.
✅ Verified Buyer

👍 I recommend this product

**My Age** 50 - 59

2 months ago

**Wife's progress.**

Her blood presser is now in the normal range. Great news. we're very happy! MAHALO & ALOHA, The Germain's.

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful? 👍 0  👎 0

**HumanN**
about 2 months ago

That's great news Keith! Thanks!

RF

Robert F.
✔ Verified Buyer

**Great product**

2 months ago

**Key Benefits**  **Nutrition & Ingredients**  **How To Use**  **Frequent Questions**  **Customer Reviews**

Energy Boost

Low Improvement        Large Improvement

Taste

Average        Excellent

Circulation

Low Improvement        Large Improvement

Was this helpful?  👍 0   👎 0

**HumanN**
about 2 months ago

We're happy to hear it is helping you Robert!

---

CE

Carol E.
✔ Verified Buyer

👍 I recommend this product

**My Age**        60+

**Love the energy**

Live the energy this gives me

2 months ago

Energy Boost

Low Improvement        Large Improvement

Taste

Average        Excellent

Circulation

Low Improvement        Large Improvement

Was this helpful?  👍 0   👎 0

**HumanN**
about 2 months ago

We're so happy to hear that Carol!

---

PS

Pamela S.
✔ Verified Buyer

👍 I recommend this product

**My Age**        60+

**Super beets**

I really like this product. Truly, I don't like the dirt taste of beet root but I love the flavor of these crystals. Your body immediately feels the impact of this drink. I was a juicer of beets but no more will I do that. Love this product.

2 months ago

Energy Boost

Low Improvement        Large Improvement

Taste

Average        Excellent

Circulation

Low Improvement        Large Improvement

Was this helpful?  👍 1   👎 0

**HumanN**
2 months ago

Pamela, we're so happy you love our SuperBeets! Thanks for the great review!



| Key Benefits | Nutrition & Ingredients | How To Use | Frequent Questions | Customer Reviews |
|---|---|---|---|---|



| My Age | 50 - 59 |
|---|---|

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful? 👍 1  👎 0

**HumanN**
2 months ago

Thank you Ana!



EB  Elaine B K.
✅ Verified Buyer

2 months ago

**Super Beets Powder**

I enjoy the taste...refreshing and gives me a boost of energy

👍 I recommend this product

| My Age | 60+ |
|---|---|

Energy Boost — Low Improvement / Large Improvement

Taste — Average / Excellent

Circulation — Low Improvement / Large Improvement

Was this helpful? 👍 1  👎 0

**HumanN**
2 months ago

That's great Elaine!!

Show more ▾

# Frequently Bought Together...



**HeartGreens**
85 Reviews
**$29.95**



**Neo40®**
661 Reviews
**$39.95**



**SuperBeets® COLLAGEN**
106 Reviews
**$39.95**

Daily heart support with all-new all-natural greens and super fruits. Now certified USDA organic.

Daily small African root powder for daily heart & circulation support.

A tasty, skin-friendly combination of our premium beets with collagen peptides to support healthy skin.

**Key Benefits**

**Nutrition & Ingredients**

**How To Use**

**Frequent Questions**

**Customer Reviews**

# For questions, please call 855-636-4040

**90 Day Satisfaction Guarantee**

HumanN® offers a 90-day money-back guarantee. We want you to be fully satisfied. If you are not satisfied, you may return the item within 90 days from the order date for a full refund of the purchase price, minus the shipping and handling charge. Please note that free shipping offer applies to Continental U.S. only.

**Sign-Up For The Latest From HumanN**

For special offers, new products and the latest from our health experts.

Enter your email

**Sign Up**

## Contact Us

Call or text
1.855.636.4040

**Mon – Fri**  8am – 6pm Central

Email Us:
info@humann.com

**Products**

SuperBeets®
Neo40®
BeetElite®
View All Products

**Blog**

Nutrition
Fitness
Science
Stories

**Science**

How Nitric Oxide Works
Science Leadership
Science News

**About Us**

HumanN Journey
Our Philosophy
Our Leadership
Featured In

**Stay Connected**

FAQS     FIND US IN STORE     RESELLER INFO     MY ACCOUNT     LOGIN     CART     SHIPPING & RETURNS

© 2020 Human Power of N, Co. All rights reserved.     |     Privacy Policy     Terms & Conditions