# Exhibit 21

# COVANCE

| | |
|---|---|
| Report Number: | 1522845-0 |
| Report Date: | 10-Jun-2016 |
| Report Status: | Final |

## Certificate of Analysis

**ThermoLife International**
3941 E Chandler Blvd
Phoenix Arizona 85048 United States

| Sample Name: | Super Beets | Covance Sample: | 5077594 |
|---|---|---|---|
| **Project ID** | THERMOLIFE-20160603-0002 | **Receipt Date** | 23-May-2016 |
| **PO Number** | Charge/Visa | **Receipt Condition** | Ambient temperature |
| **Sample Serving Size** | 5 g | **Login Date** | 03-Jun-2016 |
| | | **Storage Condition** | Ambient temperature |
| | | **Online Order** | 20 |

| Analysis | Result |
|---|---|
| **Nitrate and Nitrite** | |
| Nitrite Anion | 1.85 mg/Serving Size |
| Nitrate Anion | 126 mg/Serving Size |

| Method References | Testing Location |
|---|---|
| **Nitrate and Nitrite (NO2NO3_S:8)** | **Covance Laboratories - Madison** |

Casanova, J., Gross, L., McMullen, S., and Schenck, F. "Use of Griess Reagent Containing Vanadium (III) for Post-Column Derivatization and Simultaneous Determination of Nitrite and Nitrate in Baby Food," *J. AOAC Int.*, 89(2): 447-451 (2006) (Modified)

Gapper, L., Fong, B., Otter, D., Indyk, H., and Woollard, D. "Determination of Nitrite and Nitrate in Dairy Products by Ion Exchange LC with Spectrophotometric Detection," *Int Dairy J.*, 14: 881-887 (2004) (Modified)

Pickering Laboratories "Method Abstract for Post-column Liquid Chromatography 123" (Modified)

Griess Reaction Diagram, www.biotek.com <http://www.biotek.com> (Modified)

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| Covance Laboratories Inc. | |
| 3301 Kinsman Blvd | |
| Madison WI 53704 | |
| 800-675-8375 | |

 

2918.01

These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.

 

| | |
|---|---|
| Report Number: | 2209888-0 |
| Report Date: | 10-Aug-2018 |
| Report Status: | Final |
| Supercedes : | 2206079-0 |

Covance Food Solutions is now Eurofins Food Integrity and Innovation

# Certificate of Analysis

**ThermoLife International**
3941 E Chandler Blvd
Phoenix Arizona 85048 United States

| Sample Name: | Humann Super Beets | Eurofins Sample: | 7541750 |
|---|---|---|---|
| Project ID | THERMOLIFE-20180801-0004 | Receipt Date | 31-Jul-2018 |
| PO Number | cvd | Receipt Condition | Ambient temperature |
| Sample Serving Size | 5 g | Login Date | 01-Aug-2018 |
| | | Online Order | 20 |

| Analysis | Result |
|---|---|
| **Nitrate and Nitrite** | |
| Nitrite Anion | 7.45 mg/Serving Size |
| Nitrate Anion | 92.9 mg/Serving Size |

| Method References | Testing Location |
|---|---|

**Nitrate and Nitrite (NO2NO3_S)** — Food Integrity Innovation-Madison

Casanova, J., Gross, L., McMullen, S., and Schenck, F. "Use of Griess Reagent Containing Vanadium (III) for Post-Column Derivatization and Simultaneous Determination of Nitrite and Nitrate in Baby Food," *J. AOAC Int.*, 89(2): 447-451 (2006) (Modified)

Gapper, L., Fong, B., Otter, D., Indyk, H., and Woollard, D. "Determination of Nitrite and Nitrate in Dairy Products by Ion Exchange LC with Spectrophotometric Detection," *Int Dairy J.*, 14: 881-887 (2004) (Modified)

Pickering Laboratories "Method Abstract for Post-column Liquid Chromatography 123" (Modified)

Griess Reaction Diagram, www.biotek.com <http://www.biotek.com> (Modified)

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|

**Food Integrity Innovation-Madison**

Eurofins Food Chemistry Testing US, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

**Edward Ladwig - Director**

 

2918.01

Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.
These results apply only to the items tested.  This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.

Printed:    10-Aug-2018    3:13 pm                                    Page 1 of 1

# eurofins
## Food Integrity & Innovation

| | |
|---|---|
| Report Number: | 2932308-1 |
| Report Date: | 29-Jul-2020 |
| Report Status: | Final |
| Supercedes: | 2932308-0 |

# Certificate of Analysis

**ThermoLife International**
1334 E Chandler Blvd.
#5-D76
Phoenix Arizona 85048 United States

| Sample Name: | SuperBeets | Eurofins Sample: | 9652407 |
|---|---|---|---|
| Project ID | THERMOLIFE-20200702-0003 | Receipt Date | 08-Jul-2020 |
| PO Number | OTHER | Receipt Condition | Ambient temperature |
| Sample Serving Size | 5 g | Login Date | 02-Jul-2020 |
| | | Date Started | 13-Jul-2020 |
| | | Sampled | Sample results apply as received |
| | | Online Order | 3635-13C127E9 |

| Analysis | Result |
|---|---|
| **Nitrate and Nitrite** | |
| Nitrite Anion | 6.19 mg/Serving Size |
| Nitrate Anion | 94.5 mg/Serving Size |

| Method References | Testing Location |
|---|---|
| **Nitrate and Nitrite (NO2NO3_S)** | **Food Integrity Innovation-Madison**<br>3301 Kinsman Blvd Madison, WI 53704 USA |

Casanova, J., Gross, L., McMullen, S., and Schenck, F. "Use of Griess Reagent Containing Vanadium (III) for Post-Column Derivatization and Simultaneous Determination of Nitrite and Nitrate in Baby Food," *J. AOAC Int.*, 89(2): 447-451 (2006) (Modified)

Gapper, L., Fong, B., Otter, D., Indyk, H., and Woollard, D. "Determination of Nitrite and Nitrate in Dairy Products by Ion Exchange LC with Spectrophotometric Detection," *Int Dairy J.*, 14: 881-887 (2004) (Modified)

Pickering Laboratories "Method Abstract for Post-column Liquid Chromatography 123" (Modified)

Griess Reaction Diagram, www.biotek.com <http://www.biotek.com> (Modified)

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|
| **Food Integrity Innovation-Madison**<br>Eurofins Food Chemistry Testing Madison, Inc.<br>3301 Kinsman Blvd<br>Madison WI 53704<br>800-675-8375 | **Edward Ladwig - Director**<br><br>2918.01 |

These results apply only to the items tested.  This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.

Printed:   29-Jul-2020   10:37 pm                                    Page 1 of 1