# Exhibit 22

**COVANCE**

| | |
|---|---|
| Report Number: | 1522844-0 |
| Report Date: | 10-Jun-2016 |
| Report Status: | Final |

## Certificate of Analysis

**ThermoLife International**
3941 E Chandler Blvd
Phoenix Arizona 85048 United States

| Sample Name: | Beet Elite | Covance Sample: | 5077592 |
|---|---|---|---|
| Project ID | THERMOLIFE-20160603-0002 | Receipt Date | 23-May-2016 |
| PO Number | Charge/Visa | Receipt Condition | Ambient temperature |
| Sample Serving Size | 10 g | Login Date | 03-Jun-2016 |
| | | Storage Condition | Ambient temperature |
| | | Number Composited | 10 |
| | | Online Order | 20 |

| Analysis | Result |
|---|---|
| **Nitrate and Nitrite** | |
| Nitrite Anion | 5.47 mg/Serving Size |
| Nitrate Anion | 190 mg/Serving Size |

| Method References | Testing Location |
|---|---|
| **Nitrate and Nitrite (NO2NO3_S:8)** | **Covance Laboratories - Madison** |

Casanova, J., Gross, L., McMullen, S., and Schenck, F. "Use of Griess Reagent Containing Vanadium (III) for Post-Column Derivatization and Simultaneous Determination of Nitrite and Nitrate in Baby Food," *J. AOAC Int.*, 89(2): 447-451 (2006) (Modified)

Gapper, L., Fong, B., Otter, D., Indyk, H., and Woollard, D. "Determination of Nitrite and Nitrate in Dairy Products by Ion Exchange LC with Spectrophotometric Detection," *Int Dairy J.*, 14: 881-887 (2004) (Modified)

Pickering Laboratories "Method Abstract for Post-column Liquid Chromatography 123" (Modified)

Griess Reaction Diagram, www.biotek.com <http://www.biotek.com> (Modified)

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |
| Covance Laboratories Inc. | |
| 3301 Kinsman Blvd | |
| Madison WI 53704 | |
| 800-675-8375 | |

 

2918.01

These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.

 

| | |
|---|---|
| | Report Number: 2209889-0 |
| | Report Date: 10-Aug-2018 |
| | Report Status: Final |
| | Supercedes: 2206080-0 |

Covance Food Solutions is now Eurofins Food Integrity and Innovation

## Certificate of Analysis

**ThermoLife International**
3941 E Chandler Blvd
Phoenix Arizona 85048 United States

| Sample Name: | Humann Beet Elite | Eurofins Sample: | 7541751 |
|---|---|---|---|
| Project ID | THERMOLIFE-20180801-0004 | Receipt Date | 31-Jul-2018 |
| PO Number | cvd | Receipt Condition | Ambient temperature |
| Sample Serving Size | 10 g | Login Date | 01-Aug-2018 |
| | | Online Order | 20 |

| Analysis | Result |
|---|---|
| **Nitrate and Nitrite** | |
| Nitrite Anion | 15.0 mg/Serving Size |
| Nitrate Anion | 190 mg/Serving Size |

| Method References | Testing Location |
|---|---|
| **Nitrate and Nitrite (NO2NO3_S)** | **Food Integrity Innovation-Madison** |

Casanova, J., Gross, L., McMullen, S., and Schenck, F. "Use of Griess Reagent Containing Vanadium (III) for Post-Column Derivatization and Simultaneous Determination of Nitrite and Nitrate in Baby Food," *J. AOAC Int.*, 89(2): 447-451 (2006) (Modified)

Gapper, L., Fong, B., Otter, D., Indyk, H., and Woollard, D. "Determination of Nitrite and Nitrate in Dairy Products by Ion Exchange LC with Spectrophotometric Detection," *Int Dairy J.*, 14: 881-887 (2004) (Modified)

Pickering Laboratories "Method Abstract for Post-column Liquid Chromatography 123" (Modified)

Griess Reaction Diagram, www.biotek.com <http://www.biotek.com> (Modified)

| Testing Location(s) | Released on Behalf of Eurofins by |
|---|---|
| **Food Integrity Innovation-Madison** | **Edward Ladwig - Director** |
| Eurofins Food Chemistry Testing US, Inc. | |
| 3301 Kinsman Blvd | |
| Madison WI 53704 | |
| 800-675-8375 | |

 

2918.01

Eurofins Food Integrity and Innovation accepts all liability for work conducted as of 01 Aug 2018.
These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.

Printed:  10-Aug-2018  3:12 pm     Page 1 of 1