# Exhibit 23

**Report Number:** 1524196-0
**Report Date:** 13-Jun-2016
**Report Status:** Final

# Certificate of Analysis

**ThermoLife International**
3941 E Chandler Blvd
Phoenix Arizona 85048 United States

| Sample Name: | Neo 40 | Covance Sample: | 5077593 |
|---|---|---|---|
| Project ID | THERMOLIFE-20160603-0002 | Receipt Date | 23-May-2016 |
| PO Number | Charge/Visa | Receipt Condition | Ambient temperature |
| Sample Serving Size | 1 Tab | Login Date | 03-Jun-2016 |
| | | Storage Condition | -20 (+/- 10) Degrees Celsius |
| | | Number Composited | 20 |
| | | Online Order | 20 |

| Analysis | Result |
|---|---|
| **Calculated Sample Weight *** | |
| Entity Weight | 1.4214 g |
| **Nitrate and Nitrite** | |
| Nitrite Anion | 14.6 mg/Serving Size |
| Nitrate Anion | 0.589 mg/Serving Size |

| Method References | Testing Location |
|---|---|
| **Calculated Sample Weight (PREP:14)** | **Covance Laboratories - Madison** |
| **Nitrate and Nitrite (NO2NO3_S:8)** | **Covance Laboratories - Madison** |

Casanova, J., Gross, L., McMullen, S., and Schenck, F. "Use of Griess Reagent Containing Vanadium (III) for Post-Column Derivatization and Simultaneous Determination of Nitrite and Nitrate in Baby Food," *J. AOAC Int.*, 89(2): 447-451 (2006) (Modified)

Gapper, L., Fong, B., Otter, D., Indyk, H., and Woollard, D. "Determination of Nitrite and Nitrate in Dairy Products by Ion Exchange LC with Spectrophotometric Detection," *Int Dairy J.*, 14: 881-887 (2004) (Modified)

Pickering Laboratories "Method Abstract for Post-column Liquid Chromatography 123" (Modified)

Griess Reaction Diagram, www.biotek.com <http://www.biotek.com> (Modified)

| Testing Location(s) | Released on Behalf of Covance by |
|---|---|
| **Covance Laboratories - Madison** | **Lori Ross - Associate Director** |

Covance Laboratories Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

 

2918.01

These results apply only to the items tested. This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Covance.

***** This analysis is not ISO accredited.**
Printed:   13-Jun-2016  10:51 am                         Page 1 of 1

**eurofins**
Food Integrity & Innovation

| | |
|---|---|
| Report Number: | 2932374-0 |
| Report Date: | 14-Jul-2020 |
| Report Status: | Final |
| Supercedes : | 2309-0 2932310-0 |

# Certificate of Analysis

## ThermoLife International
1334 E Chandler Blvd.
#5-D76
Phoenix Arizona 85048 United States

| Sample Name: | NEO40 | Eurofins Sample: | 9652408 |
|---|---|---|---|
| Project ID | THERMOLIFE-20200702-0003 | Receipt Date | 08-Jul-2020 |
| PO Number | OTHER | Receipt Condition | Ambient temperature |
| Sample Serving Size | 1 Tab | Login Date | 02-Jul-2020 |
| | | Date Started | 09-Jul-2020 |
| | | Sampled | Sample results apply as received |
| | | Number Composited | 18 |
| | | Online Order | 3635-13C127E9 |

| Analysis | Result |
|---|---|
| **Calculated Sample Weight *** | |
| Entity Weight | 1.3960 g |
| **Nitrate and Nitrite** | |
| Nitrite Anion | 11.9 mg/Serving Size |
| Nitrate Anion | <1.40 mg/Serving Size |

| Method References | Testing Location |
|---|---|
| **Calculated Sample Weight (PREP)** | **Food Integrity Innovation-Madison** |
| | 3301 Kinsman Blvd Madison, WI 53704 USA |
| **Nitrate and Nitrite (NO2NO3_S)** | **Food Integrity Innovation-Madison** |
| | 3301 Kinsman Blvd Madison, WI 53704 USA |

Casanova, J., Gross, L., McMullen, S., and Schenck, F. "Use of Griess Reagent Containing Vanadium (III) for Post-Column Derivatization and Simultaneous Determination of Nitrite and Nitrate in Baby Food," *J. AOAC Int.*, 89(2): 447-451 (2006) (Modified)

Gapper, L., Fong, B., Otter, D., Indyk, H., and Woollard, D. "Determination of Nitrite and Nitrate in Dairy Products by Ion Exchange LC with Spectrophotometric Detection," *Int Dairy J.*, 14: 881-887 (2004) (Modified)

Pickering Laboratories "Method Abstract for Post-column Liquid Chromatography 123" (Modified)

Griess Reaction Diagram, www.biotek.com <http://www.biotek.com> (Modified)

---

* This analysis or component is not ISO accredited.

Printed:   14-Jul-2020   1:12 pm             Page 1 of 2

**eurofins** | Food Integrity & Innovation

| | |
|---|---|
| Report Number: | 2932374-0 |
| Report Date: | 14-Jul-2020 |
| Report Status: | Final |
| Supercedes : | 2309-0 2932310-0 |

# Certificate of Analysis

## ThermoLife International

1334 E Chandler Blvd.
#5-D76
Phoenix Arizona 85048 United States

**Testing Location(s)**

**Food Integrity Innovation-Madison**
Eurofins Food Chemistry Testing Madison, Inc.
3301 Kinsman Blvd
Madison WI 53704
800-675-8375

**Released on Behalf of Eurofins by**

**Edward Ladwig - Director**



2918.01

**These results apply only to the items tested.  This certificate of analysis shall not be reproduced, except in its entirety, without the written approval of Eurofins.**