IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HUMAN POWER OF N COMPANY, d/b/a HUMANN, f/k/a NEOGENIS LABS, INC., <br><br> Defendant. | § § § § § § § § § § § § § § § Civil Action No. 6:21-cv-00144 <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF RELATED CASES**

ThermoLife International, LLC ("ThermoLife" or "Plaintiff") hereby notifies the Court pursuant to Local Rule CV-3(a) that all or a material part of this action is related to the subject matter or operative facts of concurrently filed actions styled:

1. *ThermoLife International, LLC v. Hi-Tech Pharmaceuticals, Inc.*, Case Nos. 1:15-cv-00892-ELR, 1:15-cv-00893-ELR, 1:15-cv-00894-ELR (U.S. District Court, Northern District of Georgia).

Dated: February 11, 2021

Respectfully submitted,

*/s/ Steve Udick*

Steve Udick
TX Bar No. 24079884
RUSS, AUGUST & KABAT
5570 FM 423, Suite 250-2069
Frisco, Texas 75034
E-mail: sudick@raklaw.com

1

Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Marc A. Fenster (CA Bar No. 181067)
E-mail: mfenster@raklaw.com
Reza Mirzaie (CA Bar No. 246953)
E-mail: rmirzaie@raklaw.com
Amy E. Hayden (CA Bar No. 287026)
E-mail: ahayden@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Robert J. Gajarsa
(*pro hac vice* motion to be filed)
DC Bar No. 996427
RUSS, AUGUST & KABAT
800 Maine Avenue SW, Suite 200
Washington, DC 20004
E-mail: rgajarsa@raklaw.com
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Gregory K. Sobolski
(*pro hac vice* motion to be filed)
CA Bar No. 267428
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
E-mail: greg.sobolski@lw.com
Telephone: (415) 395-8035
Facsimile: (415) 395-8095

***Attorneys for ThermoLife International, LLC***