CONFIDENTIAL — OUTSIDE ATTORNEYS' EYES ONLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTER DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| THERMOLIFE INTERNATIONAL, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 6:21-cv-00144 |
| HUMAN POWER OF N COMPANY, d/b/a HUMANN, f/k/a NEOGENIS LABS, INC, | § § § § | **Jury Trial Demanded** |
| *Defendant*. | § § | |

EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER AND
ANTI-INTERFERENCE INJUNCTION RELATED TO THERMOLIFE'S
APPLICATION FOR EXTRA-JUDICIAL ADJUDICATION OF ITS PATENT
INFRINGEMENT CLAIMS

# Exhibits