# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| THERMOLIFE INTERNATIONAL, LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:21-CV-00144-ADA |
| | § | |
| HUMAN POWER OF N COMPANY | § | |

## ORDER SETTING MOTION HEARING

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING** by Zoom on **Friday, April 09, 2021 at 02:00 PM**.  The link will be sent by e-mail.

    IT IS SO ORDERED this 9th day of April, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE