# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

THERMOLIFE INTERNATIONAL, LLC

vs.                                          Case No.:  6:21-CV-00144

HUMAN POWER OF N COMPANY, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by <u>ROBERT J. GAJARSA</u>, counsel for

<u>THERMOLIFE INTERNATIONAL, LLC</u>, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

<u>ROBERT J. GAJARSA</u> may appear on behalf of <u>THERMOLIFE</u>

in the above case.

IT IS FURTHER ORDERED that <u>ROBERT J. GAJARSA</u>, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of <u>April</u>, 20_____.


_____
UNITED STATES DISTRICT JUDGE