# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| THERMOLIFE INTERNATIONAL, LLC, *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 6:21-CV-00144-ADA |
| HUMAN POWER OF N COMPANY d/b/a HUMANN, f/k/a NEOGENIS LABS, INC., | § § § § | **Jury Trial Demanded** |
| *Defendant*. | § § | |

## DEFENDANT'S NOTICE OF FILING

Defendant Human Power of N Company, d/b/a HumanN, f/k/a NeoGenis Labs, Inc. ("Defendant" or "HumanN") gives notice to the Court that it is electronically filing Defendant's hearing presentation from the Court hearing on HumanN's Request for Anti-interference Injunction held on April 30th 2021. A copy of the presentation is attached hereto as Exhibit A.

Dated:  April 30, 2021

Respectfully submitted,

By: /s/ Brett C. Govett
       Brett C. Govett
Brett C. Govett
State Bar No. 08235900
Lead Attorney
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Tel: 214.855.8118
Fax: 214.855.8200
brett.govett@nortonrosefulbright.com

Attorney for Defendant
**HUMAN POWER OF N COMPANY, D/B/A HUMANN, F/K/A NEOGENIS LABS, INC.**

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 30, 2021 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.  Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

*/s/ Brett C. Govett*
Brett C. Govett

102281312.1                                  - 2 -