**Subject:** RE:[CASE 8150059851] Request for Neutral Patent Evaluation
**Date:** Friday, April 23, 2021 at 9:30:10 AM Mountain Daylight Time
**From:** patent-evaluation@amazon.com
**To:** Zac Garthe

Hello,

Thank you again for providing a completed Amazon Utility Patent Neutral Evaluation Agreement. Since one or more sellers have chosen to participate in this process, we are in the process of selecting an evaluator to initiate an evaluation proceeding for patent evaluation case 8150059851.

We will be in contact soon with all parties to provide the evaluator's contact details and deposit instructions.

Best regards,


Neutral Patent Evaluation Team
Amazon.com

--