**Subject:** RE:[CASE 8150059851] Request for Neutral Patent Evaluation
**Date:** Tuesday, April 27, 2021 at 2:06:22 PM Mountain Daylight Time
**From:** patent-evaluation@amazon.com
**To:** Zac Garthe

Hello,

We are writing to inform you that per Judge Albright's order in the pending litigation, we are suspending Neutral Patent Evaluation case 8150059851 until further notice.

Best regards,

Neutral Patent Evaluation Team
Amazon.com

--