IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **THERMOLIFE INTERNATIONAL, LLC,**<br>*Plaintiff*<br><br>-vs-<br><br>**HUMAN POWER OF N COMPANY,**<br>*Defendant* | § § § § § § § § § | **6-21-CV-00144-ADA** |

## ORDER

Defendant Human Power of N Company ("HumanN") filed an Emergency Application for Temporary Restraining Order and Anti-Interference Injunction on April 7, 2021. ECF No. 11. The Court held a hearing on April 9, 2021, with both Plaintiff and Defendant participating. After considering the parties' arguments, the Court issued a Temporary Restraining Order prohibiting Plaintiff ThermoLife International, LLC ("ThermoLife") from taking any action to further pursue evaluation through Amazon.com's Neutral Patent Evaluation Process any of its patent infringement claims already pending in this case. ECF No. 33.

Subsequently, the Court held a preliminary injunction hearing on April 30, 2021, during which ThermoLife presented evidence that Amazon.com was suspending the Neutral Patent Evaluation Process at issue per this Court's Temporary Restraining Order. Since the Neutral Patent Evaluation Process at issue has been suspended by Amazon.com, the Court finds that HumanN is not likely suffer any irreparable harm in the imminent future.

IT IS THEREFORE ORDERED THAT HumanN's application for preliminary injunction is **DENIED**. However, if the Neutral Patent Evaluation Process at issue is resumed after this Order, the Court will exercise its discretion to resolve all issues in this case on an expedited schedule.

**SIGNED** this 6th day of May, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE