# EXHIBIT B


-----Original Message-----
From: patent-evaluation@amazon.com [mailto:patent-evaluation@amazon.com]
Sent: Monday, November 22, 2021 11:37 AM
To: Thompson, Dana <dana.thompson@nortonrosefulbright.com>
Cc: Robinson, Eagle <eagle.robinson@nortonrosefulbright.com>; Govett, Brett <brett.govett@nortonrosefulbright.com>; DeBrow, Stephanie <stephanie.debrow@nortonrosefulbright.com>; Bob.Rouder@Shearman.com; Saul.Perloff@Shearman.com; zac@copernicuslaw.com; zac@cambridgelawcolorado.com
Subject: RE:[CASE 9188578871] Amazon Case ID 9143885261 - Nov. 11, 2021 Correspondence

[External Email – Use Caution]

Hello,

We are writing today to notify you that we have received additional information regarding on-going litigation between Thermolife and HumanN. We understand no PGR has been instituted and the current litigation between HumanN and Thermolife will not decide infringement or validity of the 813 patent. Accordingly we again invite HumanN to participate, but we now ask HumanN to respond by 11/29/2021, given that time has passed since our original invitation.

Best regards,

Neutral Patent Evaluation Team
Amazon.com

--