# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| THERMOLIFE INTERNATIONAL, LLC | § § | |
| vs. | § § | NO:  WA:21-CV-00144-ADA |
| HUMAN POWER OF N COMPANY | § | |

## ORDER RESETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MARKMAN HEARING by Zoom on December 10, 2021 at 09:30 AM .

IT IS SO ORDERED this 29th day of November, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE