Case 6:21-cv-00144-ADA Document 89 Filed 12/21/21 Page 1 of 2
Case 6:21-cv-00144-ADA Document 88 Filed 12/21/21 Page 1 of 2
Publicly FIled Pursuant to the Oct. 13, 2021 Standing Order by the Hon. Alan D. Albright

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| THERMOLIFE INTERNATIONAL, LLC,<br>*Plaintiff*<br><br>-vs-<br><br>HUMAN POWER OF N COMPANY,<br>*Defendant* | § § § § § § § § § | 6-21-CV-00144-ADA |

### ORDER GRANTING DEFENDANT'S SECOND EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER

Before the Court is Defendant Human Power of N Company's ("HumanN") Second Emergency Application for Temporary Restraining Order and Anti-Interference Injunction filed. ECF No. 66. Plaintiff ThermoLife International, LLC ("ThermoLife") did not file a response, but presented its arguments during the hearing held on December 7, 2021.

ThermoLife initiated this action in this Court, asserting the '968, '531, and '140 patents against HumanN, and previously pursued evaluation of the same patents through Amazon's Patent Evaluation Process. The Court granted HumanN's first emergency application of TRO and enjoined ThermoLife from pursuing the Amazon Patent Evaluation Process for those patents. Dkts. 11 and 33.

Subsequently, ThermoLife started to pursue evaluation of U.S. Patent No. 10,842,813 (the "'813 patent"), which is related to the '948 and '140 patents, through Amazon's Patent Evaluation Process. HumanN sought the Court's leave to file its First Amended Answer and Counterclaim, seeking to add counterclaims for a declaratory judgment of non-infringement and invalidity of the '813 patent. Dkt. 65. The Court granted HumanN's motion for leave to file its

Case 6:21-cv-00144-ADA   Document 89   Filed 12/21/21   Page 2 of 2
Case 6:21-cv-00144-ADA   Document 88   Filed 12/21/21   Page 2 of 2
Publicly FIled Pursuant to the Oct. 13, 2021 Standing Order by the Hon. Alan D. Albright

First Amended Answer and Counterclaim and now the '813 patent is also at issue in this litigation.

Having considered the parties' arguments during the December 7 hearing and consistent with the Court's previous TRO ruling, the Court finds good cause exists to temporarily restrain ThermoLife from pursing evaluation of the '813 patent through Amazon's Patent Evaluation Process.

IT IS THEREFORE ORDERED THAT, effective immediately, ThermoLife shall refrain from taking any action to further pursue evaluation through Amazon's Patent Evaluation Process any of the patents at issue already pending in this case until further order of this Court.

SIGNED this 21th day of December, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE