IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HUMAN POWER OF N COMPANY,<br><br>Defendant. | Case No. 6:21-CV-00144-ADA |

### DECLARATION OF BRETT C. GOVETT

I, BRETT C. GOVETT, declare as follows:

1. I am over 18 years old and I have personal knowledge of the facts set forth herein and could and would testify competently thereto if called as a witness. I am an attorney with the Dallas office of Norton Rose Fulbright US LLP, counsel for Defendant in the above-styled and numbered action. I make this Declaration in support of Defendant Human Power of N Company's Response and Cross-Motion Agreeing to ThermoLife International, LLC's Motion to Stay and Requesting Dissolution of TRO and Indicative Ruling Under Federal Rule of Civil Procedure 62.1.

2. Attached hereto as **Exhibit A** is a true and correct copy of the email string between myself and Christian Hurt, counsel for ThermoLife, dated February 7-8, 2022.

Pursuant to 28 U.S.C. § 1746, I, Brett C. Govett, certify under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of February, 2022 in the State of Texas.

_____
Brett C. Govett

- 1 -