# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

THERMOLIFE INTERNATIONAL, LLC    §
                                       §

vs.                                         §      NO:  WA:21-CV-00144-ADA
                                       §

HUMAN POWER OF N COMPANY,et al.    §

## ORDER SETTING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for

DISCOVERY HEARING by Zoom on April 18, 2022  at  10:00 AM.

IT IS SO ORDERED this 14th day of April, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE