**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

|  |  |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HUMAN POWER OF N COMPANY, d/b/a HUMANN, f/k/a NEOGENIS LABS, INC., <br><br> Defendant. | Civil Action No. 6:21-CV-00144-ADA |

**ORDER GRANTING HUMAN POWER OF N COMPANY'S OPPOSED RENEWED
MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER**

Before the Court is HumanN's Opposed Renewed Motion To Dissolve Temporary Restraining Order, filed on April 12, 2022. Dkt. No. 116 (the "Renewed Motion"). On February 17, 2022, this Court issued an Indicative Ruling stating that it would dissolve the TRO, Dkt. No. 88, if the Federal Circuit remanded for that purpose. *See* Dkt. No. 109. The Federal Circuit then remanded for that purpose. Dkt. No. 113. Accordingly, the Court agrees with HumanN that the TRO should be dissolved.

**THEREFORE:**

**IT IS ORDERED** that the Renewed Motion is GRANTED, and the Temporary Restraining Order, Dkt. No. 88, is hereby DISSOLVED.

**SIGNED** on this _____April 15th_____, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE