IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| THERMOLIFE INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HUMAN POWER OF N COMPANY, d/b/a HUMANN, f/k/a NEOGENIS LABS, INC.,<br><br>Defendant. | § § § § § § § § § § § § | Case No. 6:21-CV-00144-ADA<br>[Lead Case] |
| HUMAN POWER OF N COMPANY, d/b/a HUMANN, f/k/a NEOGENIS LABS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THERMOLIFE INTERNATIONAL, LLC,<br><br>Defendant. | § § § § § § § § § § § § § | Case No. 6:22-CV-00179-ADA<br>[Consolidated] |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

The parties to the above-captioned consolidated actions file this Joint Motion to Stay all Deadlines and Notice of Settlement because they have reached an agreement in principle that settles all matters in controversy between them in these actions. The parties require additional time, however, to finalize their agreement and thereafter dismiss the case. Accordingly, the parties respectfully request that all deadlines be stayed for thirty (30) days, and that the *Markman* hearing and discovery conference on August 18, 2022 be taken off calendar.

Dated: August 16, 2022

| Respectfully Submitted, | Respectfully submitted, |
|---|---|
| */s/ Christian J. Hurt* | */s/ Stephanie DeBrow* |

**Marc A. Fenster** (*Pro Hac Vice*)
**Reza Mirzaie** (*Pro Hac Vice*)
**Amy E. Hayden** (*Pro Hac Vice*)
**RUSS, AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
mfenster@raklaw.com
rmirzaie@raklaw.com
ahayden@raklaw.com

**Robert J. Gajarsa** (*Pro Hac Vice*)
**RUSS, AUGUST & KABA**T
800 Maine Avenue SW, Suite 200
Washington, DC 20004
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
rgajarsa@raklaw.com

**Gregory K. Sobolski** (*Pro Hac Vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 395-8035
Facsimile: (415) 395-8095
greg.sobolski@lw.com

**William E. Davis, III** (Bar No. 24047416)
**Christian J. Hurt** (Bar No. 24059987)
**THE DAVIS FIRM, PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
bdavis@davisfirm.com
churt@davisfirm.com

**Robert J. Scheffel** (*Pro Hac Vice*)
**DOWD SCHEFFEL PLLC**
1717 Pennsylvania Avenue, NW Ste 1025
Washington, DC 20006
rscheffel@dowdscheffel.com

***Attorneys for Plaintiff***
***ThermoLife International, LLC***

**Brett C. Govett** (Bar No. 08235900)
Lead Attorney
**Jacqueline G. Baker** (Bar No. 24109609)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
brett.govett@nortonrosefulbright.com
jackie.baker@nortonrosefulbright.com

**Stephanie DeBrow** (Bar No. 24074119)
**Michael Pohl** (Bar No. 24105942)
**Gabriel Culver** (Bar No. 24116240)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 536-3094
Facsimile: (512) 536-4598
stephanie.debrow@nortonrosefulbright.com
michael.pohl@nortonrosefulbright.com
gabriel.culver@nortonrosefulbright.com

**Saul Perloff** (Bar No. 00795128)
**Andre Hanson** (*Pro Hac Vice*)
Minnesota Bar No. 0258234
**SHEARMAN & STERLING LLP**
300 West 6th Street, 22nd Floor
Austin, Texas 78701
Telephone: (512) 647-1970
saul.perloff@shearman.com
andre.hanson@shearman.com

**Attorneys for Defendant**
**Human Power of N Company**

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2022, I caused for foregoing document to electronically filed with the Clerk of the Court using the CM/ECF system for the Western District of Texas, which will send electronic notice of such filings to all CM/ECF participants in this case .

                                                     */s/ Stephanie DeBrow*
                                                     Stephanie DeBrow
                                                     Attorney for Defendant