IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| THERMOLIFE INTERNATIONAL, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HUMAN POWER OF N COMPANY, d/b/a HUMANN, f/k/a NEOGENIS LABS, INC.,<br><br>    Defendant. | § § § § § § § § § § § § | Case No. 6:21-CV-00144-ADA<br>[Lead Case] |
| HUMAN POWER OF N COMPANY, d/b/a HUMANN, f/k/a NEOGENIS LABS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>THERMOLIFE INTERNATIONAL, LLC,<br><br>    Defendant. | § § § § § § § § § § § § | Case No. 6:22-CV-00179-ADA<br>[Consolidated] |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement. The Court ORDERS:

1. The deadlines governed by the Court's Scheduling Order and the Federal Rules of Civil Procedure are hereby STAYED for thirty (30) days from the date of this Order; and

2. The Markman & Discovery Dispute Hearing set for August 18, 2022 is terminated from the court's calendar.

**SIGNED** on this _____ day of _____, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE